

**RECEIVED**

JAN 07 2008
JAN 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*Paul Jarnell Taylor*
*Plaintiff*

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Dr. Contour;*
*Dr. LaBraris;*
*Dr. Stein;*
*Dr. Mills;*
*Dr. Kelley;*
*Dr. Hallburg;*

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

*Jury Demand:*

Case No:_____
(To be supplied by the Clerk of this Court)

08CV134
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

**CHECK ONE ONLY:**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name:    PAUL DARNELL TAYLOR

B.    Date of Birth:    SEPTEMBER 8th 1965

C    List all aliases:    NONE

D.    Prisoner identification number:    2006-0080893

E.    Place of present confinement:    Chicago Cook County Jail

F.    Address:    P.O. BOX 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:    DR. CONTOUR

Title:    Doctor

Place of Employment:    Chicago Cook County Jail

B.    Defendant:    NR. Hallburg

Title:    Doctor

Place of Employment:    Chicago Cook County Jail

C.    Defendant:    DR. LaBraris

Title:    Doctor;

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

A. Name: PAUL DARNELL TAYLOR

B. List all aliases: NONE

C. Prisoner identification number: 2006-0080893

D. Place of present confinement: CHICAGO COOK COUNTY JAIL

E. Address: P.O. BOX 089002 CHICAGO, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: DR. MILLS:

Title: DOCTOR; DYSCHIATRIST

Place of Employment: CHICAGO COOK COUNTY JAIL

B. Defendant: DR. STEIN:

Title: DOCTOR; DYSCHIATRIST

Place of Employment: CHICAGO COOK COUNTY JAIL

C. Defendant: DR. KELLEY

Title: DOCTOR; DYSCHIATRIST.

Place of Employment: CHICAGO COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D. DEFENDANT: DR. FISOL
TITLE: DOCTOR.
PLACE of EMPLOYMENT: CHICAGO COOK COUNTY JAIL

E. DEFENDANT: DR. CONDONE
TITLE: DOCTOR, PUSCHIATRIST.
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

F. DEFENDANT: UNKNOWN
TITLE: PUSCH-ASSOCIATE.
PLACE of EMPLOYMENT: COOK COUNTY JAIL

G. DEFENDANT: BRETT BALMER
TITLE: PUBLIC DEFENDER
PLACE of EMPLOYMENT: COOK COUNTY JAIL

H. DEFENDANT: BARRINGTON BAKER
TITLE: PUBLIC DEFENDER
PLACEMENT OF EMPLOYMENT: COOK COUNTY JAIL

I. DEFENDANT: MRS. COLLINS
TITLE: PUBLIC DEFENDER
PLACE of EMPLOYMENT: COOK COUNTY JAIL

Q. DEFENDANT: MOLLER
TITLE SHERIFF, OFFICER.
PLACE OF EMPLOYMENT COOK COUNTY

2B

J. DEFENDANT: MR. TUCKER
   TITLE: LIEUTENANT
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

K. DEFENDANT: MRS. BROWN
   TITLE: COOK COUNTY SHERIFF
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

L. DEFENDANT: WILLIAM LON SHULTZ
   TITLE: EX-JUDGE
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

M. DEFENDANT: MR. TUNER,
   TITLE: COOK COUNTY SHERIFF
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

N. DEFENDANT: MR. RYN YUN,
   TITLE: COOK COUNTY SHERIFF
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL

O. DEFENDANT: MRS. BENSEN,
   TITLE: NURSE
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL.

P. DEFENDANT: MR. COCOUNISE
   TITLE: PYSCHO NURSE,
   PLACE OF EMPLOYMENT: COOK COUNTY JAIL.

2C

**III.**  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _PAUL TAYLOR V. BELL, et, al,_
_07C5097_

B.    Approximate date of filing lawsuit: _SEPTEMBER 14th 2007_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.    List all defendants: _BELL; JOHNSON, HAVELKA;_

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _EASTERN DIVISION - NORTHERN DISTRICT OF ILLINOIS._

F.    Name of judge to whom case was assigned: _HONORABLE MILTON SHADUR_

G.    Basic claim made: _14th AMENDMENT & 4th AMENDMENT CONSTITUTIONAL RIGHTS By DUE PROCES CLAUSE & THE UNREASONABLE STOPS, ARREST, SEARCH, SEIZURE._

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _YES; STATUS WAS HELD FOR NOVEMBER 27th 2007_

I.    Approximate date of disposition: _STILL PENDING_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

ON NovEMBER 01st, 2007: DEFENDANT: Doctor, Mills; ORDERA Nurse BENSON; To MINISTER Plaintiff PauL D. Taylor, Two Shots of Dyschotropic Drugs; IN Plaintiff ANd Placed Him iN OBSERVATioN For ONE HouR NoNE of This was Provoked By Irate, Yelling, Dyschotic Behavior, The Plaintiff was Not TakiNg ANy Dyschological, Dyschotropic MEdication AT THE Time. THis is ANd CoNSTITuTes A ViolatioN of ME, PauL Taylor, CoNSTITuTioNaL RiGhTs By THE 14th AMENdmENT DueProcess Clause To THE uNiTEd STATES CoNSTiTuTioN To THE uNiTEd STATES CoNSTiTuTion of AMERICA.

ON NovEMBER 01st 2007: Doctor; HallBurg THE SuPERVisoR: of Dr Mills; APProveD AND OrdErd Dr; Mills; To ORDER Nurse BENSON; To MINisTER THE Two Dyschotropic MEdication, For A NoNE Emergency Situation. THis CoNSTiTuTes A ViolatioN of ME TaylorS DueProcess Clause By THE 14th AMENdment CoNSTiTuTioNaL RiGhTs To THE uNiTEd STATES CoNSTiTuTioN To THE uNiTEd STATES CoNSTiTuTioN of AMERICA.

4

ON NOVEMBER 1, 2007: DEFENDANT TURNER; HELD PLAINTIFF
TAYLOR; SO THE NURSE BENSON; CAN GIVE THE SHOTS, THE
PLAINTIFF, WAS ORDERED BY OFFICER/DEFENDANT TURNER;
TO GET AGAINST THE WALL, WITH MY HAND IN THE AIR;
PLAINTIFF DID DO SO. THE PLAINTIFF JUST GOT INFORMATION
THAT THE SHOTS, LAST ONE MONTH. THIS CONSTITUTES
A VIOLATION OF MR. TAYLOR'S DUE PROCESS CLAUSE BY
THE 14th AMENDMENT CONSTITUTIONAL RIGHTS TO THE
UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION
OF AMERICA.

ON NOVEMBER 01st 2007: DEFENDANT, RUNYUN, ASSIST
DEFENDANT TURNER; HOLDING PLAINTIFF AGAINST THE WALL,
FOR DEFENDANT BENSON; TO MINISTER THE TWO SHOTS,
THAT WAS BY FORCE AGAINST PLAINTIFFS; WILL. THIS CONSTITUTES,
A VIOLATION OF MR. TAYLOR'S CONSTITUTIONAL RIGHTS BY
THE 14th AMENDMENT DUE PROCESS CLAUSE TO THE UNITED STATES
CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

ON NOVEMBER 01st 2007: PSYCHIARTY ASSOCIATE MR. —
DEFENDANT COCHUNISE; REQUEST THAT THE PLAINTIFF TAYLOR,
BE GIVEN THE TWO SHOTS FOR NO JUSTIFIABLE REASON
THIS CONSTITUTES A VIOLATION OF MR. TAYLORS, CONSTITUTIONAL
RIGHTS BY THE 14th AMENDMENT DUE PROCESS CLAUSE TO THE —

Revised 5/2007

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

ON NOVEMBER 01st, 2007: DYSCHOBIATE MRS, UNKNOWN; CONSPIRED WITH DYSCHOCIATE DEFENDANT COCHUNISE; IN ASSISTANCE WITH DEFENDANT(S); TURNER; MILLS; HALLBURG; IN THE UNNECESSARY DYSCHOTROPIC MEDICATION (UNPROVOKE) MINISTERD BY DEFENDANT BENSON; THIS CONSTITUTES A VIOLATION OF ME TAYLOR'S, CONSTITUTIONAL RIGHTS BY THE 14th AMENDMENT DUE PROCESS CLAUSE TO THE UNITED STATES CONSTITUTION TO THE UNITED STATE CONSTITUTION OF AMERICA.

ON SEPTEMBER 27th 2005; DEFENDANT UNKNOWN REFUSED THE PLAINTIFF; ADEQUATE MENTAL HEALTH EVALUATION AND/OR DYSCHIARTIRY; DYSCHOLOGICAL EVALUATION; REFERRAL IN THE DIVISION V INTAKE RECEIVING, THE PLAINTIFF, SUFFERD WITHDRAWALS FROM PRIOR DYSCHOTROPIC MEDICATION. THIS CAUSED APPROXIMATELY TWO MONTHS OF DYSCHOLOGICAL ABUSE; MENTAL ANGUISH. AND CONSTITUTES A VIOLATION OF ME TAYLOR'S —

## V.    Statement of Claim:

- 14th Amendment Due Process Clause to the United States Constitution to the United States Constitution of America.

On October 24th, 2005; Dr. Stein; Receiving & Head Doctor, of Psychological Evaluations, For Detainee's. She is a Licence Psychiatrist, She Refuse Plaintiff, A full Psychological Evaluation & Psychotropic Medication. She, Stop The Interview Five Minutes', in its sesion And Kicked Plaintiff out of Her Office, Stating your'e Faking. Plaintiff Was Denied Adaquate Mental Healthcare. The Plaintiff, was withdrawling From Previous medication. This Constitutes A Violation of Me, Taylor's 14th Amendment Due Process Clause to the United States Constitution to The United States Constitution of America.

On July And/or June 18th or 21st. A Physian Assist (P.A.) Mrs; Vista; Failure to Order Plaintiff Serious medical Needs to A Certified Specialist, A Orthopedic. Mrs; Vista; Never Request Second Opinion, From A More Experiance Doctor. —

6

Revised: 7/20/05

– Mrs, Vista, Refused Plaintiff A No Climbing, Walking up Stairs, Havey Duty Lifting/Working Activety Permitt. The Plaintiff, is Forced To use The Stairs, Can't use The Eletator, Forced To Walk Long Distince, Refused To use any Transportation Carts, And Carry His Havey, Personal Property Two Blocks, Thorough The Tunnel, To Get To Another Division When Transferd. The Doctor's Assistant, Mrs, Vista, Failure To Apply Adaquate Medical Treatment Puting Plaintiff In Danger. This Constitutes A Violation of Mr; Taylor's Constitutional Due Process Clause Rights, By THE 14th Amendment Constitution TO THE United States Constitution OF America.

On November 7, 2007: Defendant, Vista, Refused The Plaintiff, Medical Treatment When Plaintiff Came in for Ulsur, Medication, Asthama Inhalor, Lower Bunck Permitt, And Pain Pills for Knees. Defendant – Vista, Request Plaintiff See Dysch-Department And Wrote A Dyschological Evaluation Referral. This Constitutes' A Violation of Department Policy And A Constitutional Rights By The Due Process Clause of THE 14th Amendment TO THE United States Constitution TO THE United States Constitution of America.

6B

DEFENDANT DOCTOR LaBRARIS - ON SEPTEMBER 13th 2007
REFUSED TO HAVE A (M.R.I) FOR PLAINTIFF KNESS.
THIS WILL SHOW EXACTLY WHAT THE PROBLEM IS. DE LABRARIS,
STATED ITS EXPENSIVE AND REFUSE THE ORDER, AND
NEVER FOLLOWED UP ON THE ORDER FOR BLOOD DRAWL
SEPTEMBER 13th 2007 ORDER FOR TEST FOR ATHRITIST,
TISSUE TEARE, FOR CARTILEDGE DAMAGES. THE PLAINTIFF
NEVER RECEIVED A FOLLOW UP ON SEPTEMBER 24th 2007
FROM SEPTEMBER 13th 2007; DR. LaBRARIS FAILURE TO
DO HIS DUTY BY PROVIDING REASONBLE; ADAQUATE HEALTH CARE
TREATMENT. THIS CONSTITUTES A VIOLATION OF HIS POLICY AND
THE CONSTITUTIONAL RIGHTS OF THE DUE PROCESS CLAUSE
BY THE 14th AMENDMENT UNITED STATES CONSTITUTION
TO THE UNITED STATES CONSTITUTION OF AMERICA.


DEFENDANT DR. CONTOUR; IS THE HEAD SUPERVISOR FOR ALL
THE DOCTORS, AT CHICAGO COOK COUNTY JAIL AND ALL DEFENDANT(S);
MENTION IN THIS 42 U.S.C.A 1983 CIVIL ACTION. THE SUPERVISOR
DIRECTOR; DR. CONTOUR; REFUSED TO CORRECT ALL MATTERS
RELATING TO PLAINTIFFS, RECOVER AND/OR REHABILITATION.
LEAVENG PLAINTIFF, IN A SUBSTAINAL HEALTH RISK & DANGER
TO HIS SAFTY & WELFARE. THIS CONSTITUTES A VIOLATION OF HIS OWN -

**VI.    Relief:**

7

DEFENDANT DR. CONDONE
CONDONE VIOLATED MY CONSTITUTIONAL RIGHTS
WHEN SHE, REQUESTED TO COMMITE PLAINTIFF TO THE MENTAL
HOSPITAL HERE AT COOK COUNTY JAIL (TWO NORTH). DR. CONDONE
FALSIFIED AT MENTAL HEALTH EVALUATION DOCUMENTS STATING
THAT, I WAS HYPER? THATS NOT ENOUGH TO ADMIT ANYONE
INVOLUNTEERLY. I WAS NOT SUICIDAL AND/OR THREATING TO HURT
SOMEONE. THIS WAS WHY AND HOW PLAINTIFF, MEETS DR. MILLS,
& HALLBURG. THE PLAINTIFF, WAS NOT A THREAT, TO HIMSELF, NOR
ANYONE ELES. THE FALSE EVALUATION CAUSED PLAINTIFF, TWO
DYSCHOTEOPIC MEDICANTS; AFTER 9 DAYS OF A GOOD EVALUATION
BY DR. HALLBURG & DR. MILLS. THIS CONSTITUTES MALPRACTICE,
AND A VIOLATION OF MR. TAYLOR'S TO FUNDAMENTAL FAIRNESS,
OF THE DUE PROCESS CLAUSE BY THE 14th AMENDMENT TO THE
UNITED STATES CONSTITUTION TO THE UNITED STATE CONSTITUTION
OF AMERICA.

DR. FISOL, DISCRIMINATED AGAINST ME WHEN HE LET DETAINEE GOREY;
IN RESTIDENTAL TREATMENT UNIT (R.T.U.) FOR THE MENTAL HEALTH,
PROGRAM-REHABILITATION. DETAINEE ZACK GOREY; WAS NEVER, EVER
ON PYSCH-MEDICATION BEFORE HE WAS EVALUATED BY DR. FISOL; AND
THAT INTERVIEW - EVALUATION ONLY LAST FIFTEEN MINUTES. I
HAVE BEEN A PATIANT FOR APPROXIMATELY ONE YEAR ON MEDI-
-ICATION, HE NEVER AT THAT TIME, ME AND MR. GOREY WAS
TOGATER. THIS CONSTITUTES DISCRIMINATION; A VIOLATION OF MR TAYLOR'S,
14th AMENDMENT CONSTITUTIONAL RIGHTS TO THE UNITED STATES
CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

7A

VI - POLICY AND MR.TAYLOR'S TO DUE PROCESS CLAUSE BY THE 14th AMENDMENT CONSTITUTIONAL RIGHTS TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

ON MARCH 2006; DEFENDANT DR. KELLEY; FALSIFY STATE DOCUMENTS TO PURPOSEFULLY DEPRIVE PLAINTIFF OF HIS LIBERTY INTEREST. DR. KELLEY WROTE AND TESTIFY THAT THIS PLAINTIFF (DEOSE) UNASSISTED WHOM IS FILING THIS 42§U.S.C.A 1983 CIVIL ACTION AGAINST HIM, IS UNABLE; (UNFIT) TO STAND TRIAL. THIS WAS HIS DIAGNOSES AGAINST PLAINTIFF. DEFENDANT KELLY; CONDUCTED FIVE PSYCHOLOGICAL EVALUATION AND FOUND HIM/PLAINTIFF TO BE (UNFIT) ONE TIME. DR. KELLEY REASON WAS PLAINTIFF IS PARANOED THINKING "HIS PUBLIC DEFENDER; MRS. BRETT BALMER;" IS WORKING WITH THE STATES ATTORNEY. PLAINTIFF ILLUSTRATED TO DEFENDANT KELLEY; OVER SIX MONTHS, OF NO MOTION TO DISMISS TO CASE AND HER, NONE DISCOVERY EFFORTS, NONE CALLING/GATHERING WITNESSES, IN PLAINTIFF BEHALF. MRS. BALMER; REQUEST THREE PSYCHOLOGICAL EVALUATIONS. DR. KELLEY; HAD COPIES OF DOCUMENTS THAT WOULD CONCLUDE PLAINTIFF SUSPIOUS ACCUSATIONS, HOWEVER, IGNORED PLAINTIFF EVIDENTARY. THEIR WAS EVEN A REASONABLE OBJECTIVE; BY DOCTOR SHARON COLEMEN (SHE FOUND) PLAINTIFF FIT FOR TRAIL.

8

Dr. Kelley; Knew His Diagnosics Would Cause Plaintiff, His Liberty Interest However; Purposefully Falsifiny The Teuth Depriving Plaintiff of His Liberty Interest Constitu A Violation of His own State Department Policy, This Constitutes A Violation of Mr. Taylor's Due Process Clause By The 14th Amendment United States Constitution To The United States Constitution of America.

On March 22, 2006: Mr. Lon william Schultz; Was The Junge; Whom Should Not Be Immunity From Wilful Misconduct; Wilful Disregard His Duty As A Elected official. Defendant-Schultz; Agree With Defendant Dr. Kelley; By Sentencing Plaintiff, To One year; In A Mental Health Institution. This Constitutes "Civil Conspiracy". What Happen To Dr. Colemans' Evaluation Stating Plaintiff is Fit To Stand Trial. Her Professional Opinion Never Count. Defendant Schultz; Agreed To Five Dyschological Evaluations Done By The Two Drs. Coleman, Kelley. Even The December 19th 2005 Evaluation Stating Plaintiff is Fit To Represent Himself, By All Defendants; Kelley & Schultz. Defendant Schultz; Never Took The Other Three At That Time Psych-Evaluations. Plaintiff Opinion Is Not Enough To Send Him To A Mental Health Institution.—

9

— This CONSTITUTES CIVIL CONSPIRCY AND VIOLATES STATE &
THE 14th AMENMENT DUE PROCESS CLAUSE TO THE UNITED STATES
CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

DEFENDANT BRETT BALMER; "FAILURE TO DO DUTIES," AS PUBLIC DEFENDER;
BY WILFUL MISREPRESENTING PLAINTIFF TO THE BEST OF HER,
ABILLITY AND COMPETENCE. DEFENDANT BALMER-TRIED TO
SAVITAGE PLAINTIFF CRIMINAL CASE BY DENYING PLAINTIFF
HIS SIX AMENDMENT RIGHTS TO "COMPULSORY PROCESS"
DEFENDANT BALMER; REFUSED TO CALL WITNESSES; ON BEHALF
OF THE PLAINTIFF TAYLOR. THIS IS A VIOLATION OF LAWYER
PROFESSIONAL CODE AND CONDUCT. AND CONSTITUTES A VIOLATION
OF MR. TAYLOR 6th AMENDMENT RIGHT TO COMPULSORY PROCESS
TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES.
CONSTITUTION OF AMERICA.
DEFENDANT BALMER; VIOLATED PLAINTIFF DUE PROCESS CLAUSE
— RIGHTS BY CIVIL CONSPIRCY "WHEN ORDERING THREE PSYCHOLOGICAL
EVALUATION PURPOSEFULLY TRYING TO SEND PLAINTIFF TO A
MENTAL INSTITUTION. DEFENDANT BALMER; REQUEST THE THREE —

10

- Psychological Evaluation, never any motion to dismiss the case. When defendant Balmer; realized that the plaintiff was found "Not fit to stand trial" she never request a outside opinion for a reasonable objective by a psychiatrist whom is not associated with the County of Cook. The outside opinion may have refute Dr. Kelley opinion to have plaintiff committed. Defendant Balmer;

She knew the Judge; defendant Schultz; would rule in favor of the state, because defendant Balmer; done this before with the same results. Defendant Balmer; wilfully deprived plaintiff of his due process clause of fundamental fairness by refusing plaintiff and second chance/opinion for his welfare. This constitute's a violation of her policy and Mr. Taylor's 14th Amendment due process clause by the United States Constitution to the United States Constitution of America.

Defendant Balmer; violated Mr. Taylor's rights by due process, when she conspired with Mr. Kelley by not giving plaintiff knowledge of a jury trial to decide his fitness. The plaintiff was not in her best interest, only saving the state money and cost. This constitutes civil conspiracy and a violation of Mr. Taylor's right to due process by the 14th Amendment due process clause to the United States Constitution to the United States Constitution of America.

Defendant Balmer; deprived plaintiff his six amendment rights to effective assistance of counsel, when she refused

10A

- PLAINTIFF ANY DISCOVERY. THE DISCROVERY SHE DID GOT, WAS ONLY THE OFFICER OF PROFESSIONAL STANDARD (O.P.S.) COPY OF MY COMPLAINT CASE REFERENCE CR-308694: THATS NOT CONCIDERD DISCOVERY. BECAUSE SHE ONLY CHECK MY COMPLAINT NO ONE ELSE. AND MY COMPLAINT ONLY HAD MY STATEMENT NOT THE STATEMENTS FROM THE OFFICERS WHOM THE INVESTIGATION WAS CONDUCTED ON. THEIR WAS NO INTERVIEW, STATEMENTS JUST A FINAL DECISION OF "NOT SUBSTAINE." THE VIOLATION IS WHEN SHE, DEFENDANT BALMER; REFUSED TO SUBDOENA ANY OTHER ADDITIONAL DOCUMENTS FROM THE CR-308694 COMPLAINT AND ANY OTHER COMPLAINTS OF MISTREATMENT, MISCONDUCT BY THE ARRESTING OFFICERS: THIS CONSTITUTES A VIOLATION OF MR. TAYLOR'S RIGHTS' TO "COMPULSORY PROCESS" BY THE 6TH--AMENDMENT TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.


DEFENDANT BALMER; DISCRIMINATED PLAINTIFF, WHEN SHE FAILURE TO VISIT THE PLAINTIFF BUT VISIT EVERY CLIENT SHE, EVER HAD DOING DECEMBER, 19th 2005 THROUGH JUNE 12th 2007: THE PLAINTIFF, WAS DEFENDANT BALMER; CLIENT FOR APPROXIMATELY TEN MONTHS, AND NEVER VISIT PLAINTIFF, AFTER ATLE ST SIX REQUEST FOR HER, TO DO SO. DEFENDANT BALMER; NEVER VISIT TO CONSULT PLAINTIFF ABOUT H. CASE BY FACT FINDING PREPERATION FOR UP COMING MOTIONS AND DETAIL. THIS CONSTITUTES DISCRIMINATION AND A VIOLATION OF MR. TAYLORS CONSTITUTIONAL RIGTHS BY THE EQUAL PROTECTION TO THE 14th AMENDMENT TO THE UNITED STATES CONSTITUTION TO THE UNITED STATE CONSTITUTION OF AMERICA.

10-B

OCTOBER 28th 2005! Plaintiff mailed THE OCTOBER 28th 2005, BRANCH (48) TRANSCRIPTS To Mrs; BRETT BALMER. However, Still Put Plaintiff IN FOR Dyschological EVALUATION AFTER SHE, High LIGHT THE VERY Same (TEXT) AS Plaintiff Demostrated TO HER, By PHONE BEFORE SHE Saw THE TRANSCRIPTS. Defendant -BALMER, KNEW of THE OBSTRUCTION of JUSTICE However, Refused TO "FILE A MOTION To QUASH THE INJICTMENT "CONSTITUTES A Violation OF Mr, TAYLOR's Due process By THE 5th Amendment Constitution Rights TO THE UNITED STATES Constitution TO THE UNITED STATES Constitution OF America.

Defendant BALMER, Refused To FILE A MOTION To QUASH THE ARREST AND Suppress THE EVIDENCE., AFTER SHE GOT THE TRANSCRIPTS By THE 911 Dispatch TAPES, THAT CLEARLY CONTRADIC THE Victim / WITNESS. THE 911 Dispatch TAPES is THE MOST IMPORTANT PIECE OF MATERIAL PLAINTIFF HAVE TO PROVE HIS INNOCENCE. THIS CONSTITUTES A Violation OF Mr. TAYLOR Due process Rights By THE 5th Amendment CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

Defendant BALMER; Failure To Request FOR THE 911 STATE Dispatch TAPES AND / or Dispatch Hard Drive For MATERIAL EVIDENCE, THAT PLAINTIFF WAS BEATEN AND REQUESTED HELP By THIS TANGIBLE, MATERIAL EVIDENCE. THE PLAINTIFF (Does Not) HAVE THIS FOR TRIAL. By THIS Wilfully Deprivation OF THIS CRUCIAL MATERIAL EVIDENCE, Defendant BALMER; VIOLATED Mr; TAYLOR's Due process Rights' By THE 5th Amendment CONSTITUTIONAL Rights TO THE UNITED -STATES CONSTITUTION OF AMERICA.

11

Defendant Collins; is the Area #1 Public Defender. On the Day of 3rd October; 2005; The Plaintiff was do for a Preliminary Examination. Defendant Collins; Refused Plaintiff The Opertunity to Demostration His Motions; and Requested His Witnesses for the Hearing. October the 25th 2005 She, Committed Fraud by Throwing Plaintiff Legal Documents Away After Being Filed with the Lawclerk of the Court, Defendant Collins; Was Involved in a Conspiracy to Have the Plaintiff Bond over to a Higher Court, and Sccceded in Doing so. This Constitutes "Civil Conspiracy" By the Constitutional Law of The 14th Amendment Due Process Clause to the United States Constitution to the United States Constitution of America.

Defendant Barrinton Baker; is Also A Public Defender for the Area #1 Branch 48 He also Conspird to Have Plaintiff, Bond over to a Higher Court, By Destroying Motions for Peserving the 911 Dispatch Tapes, That Would in fact Set Plaintiff Free, By Correct Idenification of the Wrong Suspect in Custody. and a List of Witnesses; and Several Request for Represent- -ation By Assistance of Counsel. This All was Thrown Away So Plaintiff is Helpless and forced with No Defence. This Constitutes Civil Conspiracy and A Violation of Mr. Taylor's Constitutional Rights By The Due Proclause of the 14th Amend- -ment To the United States Constitution To the United States Constitution of America.

II A

Defendant Baker on October 03rd 2005; October 21st, 2005
October 28th 2005; Failure To Consult, Prep, Represent,
Assistance Plaintiff, At His Preliminary Hearing, on These
Above Days of October of 2005. No One Was The Attorney
of Record. This Cause Plaintiff His freedom. The Plaintiff,
Was Bond over on October 28th 2005; As A Result of
Defendant Baker failure To Assistance of Counsel.
This Constitues A Violation of Mr. Taylor's Rights By The
6th Amendment Assistance of Counsel To The United States
Constitution To The United States Constitution of America.

Defendant Baker, Knew That The Plaintiff, Filed Four
Motions For Relief. However, He stated That, He Knew
Nothing About Them. Later A Hearing Was Held By
The Honorable Judge Willie Wright, on October 28th 2005.
He Stated That He Did In Fact Have Knowledge of The
Four Missing Motions. Public Defender, Mr. Barrington
Baker; Obstruct Justice And Constitues A Violation of
Mr. Taylor's Constitutional Rights By The 5th Amendment
Due Process To The United States Constitution To The
United States Constitution of America.

Defendant Cranston; Obstruct Justice By Giving Four Motions,
of Plaintiff To The Public Defender; Collins & Baker; Instead of
The Judge Wright. Defendant Cranston Failure To Do His Duty
As A State of Illinois Clerk, For The County of Cook,

1Da

— CAUSED PLAINTIFF HIS FREEDOM / LIBERTY INTEREST, BY THE 5th AMENDMENT DUE PROCESS. RIGHTS BY THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

DEFENDANT DUMAS; IS A COOK COUNTY SHERIFF, AND REFUSED TO LET THE PLAINTIFF GIVE THE HONORABLE JUDGE WILLIE WRIGHT, MY MOTIONS AT THE AREA #1 COURT HOUSE BRANCH (48) FOR RELIEF. THE PLAINTIFF WAS STOPPED AT THE FRONT DOOR TO THE COURT ROOM ON OCTOBER, 03rd 2005, AND OCTOBER 21st 2005, NEVER HAVING ANY CHANCE TO APPROACH THE BENCH, JUDGE. THE PLAINTIFF WAS STOPPED HIS RIGHT TO PETITION THE COURT. THE PLAINTIFF HAD TO FILE HIS MOTION BY MAIL, TO THE HONORABLE COURTS. THIS IS WHAT CAUSED THE PLAINTIFF TO MAIL HIS MOTIONS BY U.S. MAIL. THE MOTIONS, WAS NEVER FILED DO TO THE OTHER DEFENDANTS. DEFENDANT DUMAS, VIOLATED THE PLAINTIFF CONSTITUTIONAL RIGHTS, WHEN HE WILFULLY DEPRIVED PLAINTIFF ANY OPPORTUNITY TO ADDRESS THE HONORABLE COURT FOR A MORE DEFINE STATEMENT OF THE PROCEEDINGS BECAUSE THE PLAINTIFF DID NOT KNOW WHAT WAS GOING ON AND WHAT MOTIONS COULD BE HEARD AT THE PRELIMINARY HEARING / SECERET INDICTMENT, AND/OR DELIVER HIS MOTIONS. THIS CONSTITUTES A VIOLATION OF ME. TAYLOR'S DUE PROCESS CLAUSE TO THE 5th AMENDMENT TO THE UNITED STATES CONSTITUTION OF AMERICA.

13

DEFENDANT CRANSTON" IS THE CLERK, OF THE COURT. HE GAVE
FOUR MOTIONS TO THE PUBLIC DEFENDER; MR. BARRINGTON
BAKER, INSTEAD OF FILING THE DOCUMENTS TO THE HONORABLE
JUDGE WILLIE WRIGHT. THIS CAUSED THE PLAINTIFF SECRET INDIC-
-MENT AND EMOTIONAL DURESS, PYSCHOLOGICAL ABUSE, AND
EMBARASMENT. THE HONORABLE JUDGE WILLIE WRIGHT HEALED A
ONE HOUR HEARING, FOR THE PLAINTIFF, IN FRONT OF PEOPLE AT THE
COURTHOUSE AREA #1 BRANCH (48) DEFENDANT CRANSTON OBSTRUCTED
JUSTICE INTENTIONALLY TO DEPRIVE PLAINTIFF OF CONSTITUTIONAL RIGHTS.
THIS CONSTITUTES "CIVIL CONSPIRICY" AND A VIOLATION OF MR. TAYLORS'
5th AMENDMENT "DUE PROCESS CLAUSE" TO THE UNITED STATES
CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.


DEFENDANT BALMER; KNEW OF ALL CIVIL CONSPIRICY. HOWEVER;
SHE NEVER REPORT THIS TO THE CHIEF JUDGE HONORABLE SHULTZ;
OR THE PROFESSIONAL DISICPLINARY REIEW COMMITTE FOR THE LAWYERS
THAT OF MISCONDUCT. HOWEVER; SHE CONTINUE TO MISREPRESENT ME,
KNEWING THIS COULD HELP RELEASE ME. DEFENDANT BRETT BALMER,
MISREPRESENT ME CONSTITUTE'S A VIOLATION OF MR. TAYLOR'S,
CONSTITUTIONAL RIGHTS BY THE 5th AMENDMENT "DUE PROCESS"
CLAUSE TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES
CONSTITUTION OF AMERICA.

DEFENDANT TUCKER DESTROYED PHYSICAL EVIDENCE IN MY CRIMINAL CASE STILL PENDING. DEFENDANT TUCKER; THROW AWAY A PAIR OF WHITE Gym SHOE'S THAT WOULD IDENTIFY MY INNOCENCE. HE NEVER PLACED MY PERSONAL PROPERTY IN A CONTRABAND BOX, BAG, THAN PLACE THE PROPERTY IN MY PERSONALL PROPERTY, FOR MY RELEASE. YOU CAN'T JUST THROW PERSONAL PROPERTY AWAY WITHOUT DUE PROCESS OF LAW. THIS CONSTITUTE'S A VIOLATION OF MR. TAYLOR'S' DUE PROCESS BY THE 5TH AMENDMENT CONSTITUTIONAL RIGHTS TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES OF AMERICA.

DEFENDANT BROWN; ASSISTANT DEFENDANT TUCKER; WHOM ADMMIT THROW THEM AWAY BECAUSE HE SAID I SHOULD HAVE THEM ON, WHEN YOU WENT TO COURT. ON DECEMBER 11th 2007 PLAINTIFF WAS AT CRIMINAL COURT, WHEN I CAME BACK MY WHITE TENIS SHOE'S & KNEE BRACE'S GONE! DEFENDANT BROWN; THROW AWAY MY KNEE BRACES WITHOUT DUE PROCESS OF LAW. THIS CONSTITUTES A VIOLATION OF MR. TAYLOR'S 14th AMENDMENT DUE PROCESS RIGHTS TO THE UNITED STATES CONSTITUTION TO THE UNITED STATE CONSTITUTION OF AMERICA.

DEFENDANT HEMPHILL; REPEATEDLY HARASSED, THREATEN TO PACE PLAINTIFF IN A UNCOMTIFIBLE DORM, PLACEMENT FOR NO REAL REASON. THE PLAINTIFF WAS NOT EAZY AROUND THIS OFFICER HEMP-HILL I'M EMOTIONALLY UPSET. THIS CONSTITUTES A VIOLATION OF MR. TAYLOR; CONSTITUTION RIGHT OF FUNDALMENTAL FAIRNESS,

15.

By DueProcess Clause To The 14th Amendment Constitution To The United States Constitution of America.

Defendant Stainewisky; Continue To Place Plaintiff, In Front of Medication, Commissary Line And Sometime, Place Plaintiff, In The Lines Before Any Would Come And Get Their Medication, or Commisbary. The Plaintiff Would Set For At Least 15 minutes, Before The Employee's of Medical & Commissary Would Arrive. This Above Constitutes Harassment And Violates The Plaintiff, Rights of Fundamental Fairness By The DueProcess Clause To The 14th Amendment DueProcess Constitutional Rights To The United States Constitution of America.

Defendant Stainewisky on Six Differant Occassion Discriminated Against Plaintiff, By Placing Him In Front of Three Lines, In Front of Every Body, Placing Plaintiff, On The Spot With The Others Degrading, Humiliating, The Plaintiff. The Defendant - - Stainewisky on the Their's Medication for Pysch-Medication, Parameic Medication Line, And Commissary Lines. The Defendant Stainewisky, Purpose As A CookCounty Sheriff Officer, Duty is No Tolerence Against Discrimination. I Request That He Stop, He Never Did. This is A Violation of Mr. Taylor's Rights By Discrimination Against The 14th Amendment Constitutional Rights To The United States Constitution of America.

16

DEFENDANT MELLER, DEPRIVED PLAINTIFF, OF HIS PERSONAL PROPERTY.
ON DECEMBER 21st, 2007; SHERIFF, OFFICER MELLER; SEARCHED;
PLAINTIFF, PERSONAL PROPERTY, THROWING SHOE' AWAY. THE DEFENDANT
MELLER, TORE UP MY U.S. COURT District DOCUMENTS, AND RECKLESSLY, MESSED
UP PLAINTIFF LEGAL PAPERS, THROWING THEM OUT OF THE ENVELOPE,
AND SEPARATING EACH OF THEM. DEFENDANT MELLER, DESTROYED
PLAINTIFF PERSONAL PROPERTY. THIS CONSTITUTES' A VIOLATION OF MR.
TAYLOR'S 14th AMENTMENT DUEPROCESS RIGHTS TO THE UNITED STATES
CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.


DEFENDANT DUNLAP IS A DOCTOR; SHE VIOLATED PLAINTIFF DUEPROCESS
CLAUSE) BY DEPRIVING PLAINTIFF, DUECARE. SHE REFUSED PLAINTIFF,
TREATMENT ON APRIL 24th OR 26th 2006 AFTER PLAINTIFF, WAS
BEATEN BY SEVERAL OFFICER(S). DEFENDANT DR. DUNLAP, REFUSED
PLAINTIFF, A ADEQUATE CHECKUP. SHE NEVER GAVE PLAINTIFF, KNEEBraces,
FOR HIS KNEE'S. AND/OR A OUTSIDE, SECOND OPINION, REFERRAL.
NO LOWER BUNK PERMITT, FOR JUMPING IN AND OUT OF BED, ON THE
TOP BUNK, NO REHABILITATION PROGRAM, NO EXERCISE LIGHTDUTY
PERMITT. DEFENDANT DR. DUNLAP, REFUSED PLAINTIFF, FOLLOW UP ON ALL
COMPLAINTS, THE PLAINTIFF, HAD TO RESUBMITT HEALTH CARE REQUEST
FORMS, AND/OR GRIEVANCE. THIS CONSTITUTES' DEPRIVATION OF
DUECARE AND A VIOLATION OF MR. TAYLOR'S, 14th AMENDMENT
(DUEPROCESS CLAUSE) BY THE UNITED STATES CONSTITUTION OF AMERICA.
TO THE UNITED STATES CONSTITUTION OF AMERICA.

# Plaintiff Request Relief Demands:

Declatory Judgment: Requesting Injunctive Relief Stateing that all Defendants be Relieved of all Duties as Employee's of the Cook County Department of Correction.
For the action of all Defendants; Dr. Contour; Dr. Hallburg; Dr. Mills; Dr. Kelley; Dr. Stien; Dr. Fisol; Dr. Connone; Brett Balmer; Barrington Baker; Defendant Mrs. Collins; William L. Shultz; Hemphill; Stainewisky; Klemais; Tucker; Brown; Dr. Dunlap; Cranston; Meller.

The Failure to Perform Their Duties and/or Disregard Their Duties Caused the Plaintiff Approximate Damages, of the Violation of Mr. Taylor's Constitutional Rights By the Fifth, Six, Fourteenth Amendment Constitution To the United States Constitution of America.

Injuries: Dyschological Abuse, Emotional Duress, Mental Anguish, Deprivation of Property, Deprived Dueprocess Rights, Dueprocess Clause, Harassment, Discrimination, Denied Duecare, Denied Anequete Medical Treatment, Malpractic, Assault & Battery, Compulsory Process Denied, Denied Medicant, Denied Mental Health Care !!!

17

THAT ALL PARTIES ACTED IN THEIR INDIVIDUAL & OFFICIAL CAPACITY AND SHELL BE SUED AS SUCH. ALL PARTIES KNEW THE SUBSTAINTIAL RISK IN THEIR WILFULL MISCONDUCT, AND DID ACTED DELIBERATE INDIFFERANCE.

THE PLAINTIFF DEMANDS NOMERAL DAMAGES FOR ALL PARTIES ROLL IN THE INTENTIONALLY DEPRIVING PLAINTIFF, HIS RIGHTS BY 5th, 6th, 14th AMENDMENT CONSTITUTIONAL RIGHT TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

THE PLAINTIFF DEMANDS: COMPENSATORY DAMABES: FOR THE LOST OF TIME, DEALING WITH ALL MATTERS THAT COULD HAVE BEEN RESOLVED AT THE LOWEST LEVEL. HOWEVER, ALL DEFENDANT(S); REFUSED DISREGARD ALL DUTIES AS THE COUNTY EMPLOYEES'. THEIR DUTY IS TO BE HONEST, FAIR, INTEGITY, RESPECTFUL, COUETIOUS, CONCIDERATE, AND MOST OF OBEY OBEY ALL LAWS, LOCAL, MUNICIPLE, STATE, FEDERAL, CONSTITUTION, RULES & REGULATIONS OF THE DAPARTMENT.

THE PLAINTIFF DEMANDS: A SUM OF 100,000 PER DEFENDANT ONE HUNDRED THOUSAND DOLLARS SEVERALY & JOINTLY. A TOTAL SUM OF 2.5 MILLION DOLLARS. TWO POINT FIVE MILLION DOLLARS, 2,500,000 DOLLARS IN COMPENSATORY DAMABES FOR EVERY THE PLAINTIFF DID NOT GET RELIEF, AND EVERY DAY SUFFERD FROM THE ACTIONS OF ALL DEFENDANTS.

17A

PLAINTIFF REQUEST RELIEF DEMANDS:

PUNITIVE DAMAGES: FOR THE ACTION OF ALL PARTIES THE PLAINTIFF REQUEST A SUM OF FIVE MILLION DOLLARS, 5,000,000 DOLLARS SEVERALY AND JOINTLY FOR THE PUNITIVE ACTIONS. THAT ALL PARTIES AT MALICE, MALISOUSLY, WANTON, SADISTICLY TO DEPRIVE PLAINTIFF OF HIS CONSTITUTION — AL RIGHTS EVEN WHEN THEY ECKNOWLEDGED THE WRONG, THEY FAILURE TO CORRECT THEIR WRONG. THAT ALL PARTIES, PURPOSEFULLY BREACHED THEIR DUTIES AGAINST THEIR OWN POLICIES, DEPARTMENT ORDERS, DIRECTIVES.

THE PLAINTIFF SUFFERD OVER TWO YEARS OF OPPRESSION BY DEFENDANTS AND AT ALL TIMES, THEY KNEW THAT, THEY WAS DOING A WRONG, BY BREAKING EITHER THE LOCAL, MUNICIPLE, STATE, FEDERAL, LAWS OF THE LAND, AND/OR FEDERAL, STATE CONSTITUTION, RULES OF THE DEPARTMENT.

THE PLAINTIFF REQUEST THAT, THE DEFENDANT(S) AWARD THE PLAINTIFF PUNITIVE DAMAGES IN A SUM 5,000,000 — FIVE MILLION DOLLARS. ENTER JUDGMENT AGAINST THE DEFENDANTS, IN CONJUNCTION · INJUNCTION/ TEMPORARY RESTRAINING ORDER FOR THE PLAINTIFF, TO BE REMOVE BACK TO DIVISION II WITH ADEQUATE MENTAL/ MEDICAL CARE. AND A (M.R.I) FOR HIS KNEES AT THE —

17B

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

— OUTSIDE HOSPITAL FOR A ALL AROUND CHECK UP. ORDER THE DEFENDANTS FOR (REHAB) TREATMENT AND FOLLOW UPS, THEIR AND HERE. A ELEVATOR PERMITT, AND NO LONG WALKING UNLEAST WITH WHEEL CHAIR, OR CAINE, NO WALKING UP AND DOWN THE STAIRS, BY FORCE. PLEASE LIST ME A HANDICAP AND/OR DISABLE AND ACCOMMENDATE ME AS SUCH.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **29th** day of **DECEMBER**, 20**07**.

_(signature)_

(Signature of plaintiff or plaintiffs)

PAUL DARNELL TAYLOR
(Print name)

2006-0080893
(I.D. Number)

CHICAGO COOK COUNTY JAIL
P.O. Box 089002
CHICAGO, IL 60608
(Address)

18

**Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

INJUNCTION / TEMPORARY RESTRAINING ORDER
REQUESTING THE COOK COUNTY JAIL, SEND THE PLAINTIFF
FOR A FULL EXAMINATION / CHECKUP, REHABILITATION
TREATMENT, PROGRAM. RELEASE FROM LOCKDOWN AND
REPLACED BACK IN THE ORIGINAL HOSPITAL DECK, AND A
DISABILITY ACCOMMENDATIONS. AT A OUTSIDE HOSPITAL

The plaintiff demands that the case be tried by a jury.    ■ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **29th** day of **DECEMBER**, 20**07**

_Paul Taylor_
(Signature of plaintiff or plaintiffs)

PAUL DARNELL TAYLOR
(Print name)

2006-0080893
(I.D. Number)    P.O. Box 089002
CHICAGO, Il 60608
COOK COUNTY JAIL
(Address)

18B.