UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) PAUL DARNELL TAYLOR )
) Case Number: 1:08 C 0134
v. )
) Judge: DER-YEGHIAYAN
Defendant(s) DOCTOR; CONTOUR )
)

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __PAUL DARNELL TAYLOR__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   FILED
   Feb 4, 2008
   FEB 4 2008 MB
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _____        COOK COUNTY JAIL
   Movant's Signature                  P.O. BOX 089002
                                       Street Address
   DECEMBER       2007                 CHICAGO ILL 60608
   Date                                City, State, ZIP



**THESE ARE NONE SUCESSFULL ATTEMPTS!**

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

---

Assigned Judge: _____  Case Number: _____

Case Title: _PAUL D. TAYLOR; V. DE; CONTOUR._____

Appointed Attorney's Name: _ATTEMPTED TO BE REPRESENTED BY MR. NATHAN BILLMAIER._

If this case is still pending, please check box  [☒]

---

Assigned Judge: _____  Case Number: _____

Case Title: _PAUL D. TAYLOR; V. DE; CONTOUR._____

Appointed Attorney's Name: _ATTEMPTED DANIAL KISS. TO REPRESENT ME._

If this case is still pending, please check box  [☒]

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF Illinois
EASTERN DIVISION

| | |
|---|---|
| Paul Darnell Taylor<br>Plaintiff<br>V<br>Dr. Contour<br>Defendant | Case No. # 1:08 C 0134<br><br>Presiding: The Honorable Judge Der-Yeghiayan<br><br>MOTION FOR APPOINTMENT OF COUNSEL. JURY DEMAND: |

Now comes plaintiff, Paul Darnell Taylor, (pro-se) in the above caption: Motion for appointment of counsel. pursuant to: 42 U.S.C.A 1915(e) the plaintiff is indigent.

1.) That, the plaintiff is not a attorney at law. The plaintiff, does not have trial experence, and only have a eighth grade education. The majority of defendants, is doctor's, and the terminology of medical & pyschological is extremly complicated.

2.) There is excessive amount of defendants, some may need outside investigation., calling on the phone, none collect. The plaintiff, is now incarcerated, he cannot conduct any private, one on one interviews.

3.) That, the plaintiff demand jury, however, is incarcerated. The ability to travel back and foward to trial maybe hazorous, to Cook County Department of Corrections rules.

1

1
2
3  4) THAT THE PLAINTIFF, CAN ONLY SPEND ONE HOUR, IN THE
4  LAW LIBRARY WITH LIMITED SUPPLY, COPIES, EVEN NOW HE
5  FILE INFORMA PAUPACUS, THE PLAINTIFF, IS SCHEDULE EVERY 10 DAYS.
6
7  5). THE OPPOSSING ATTORNEYS, HAVE SECRETARY'S, PARALEGALS,
8  COMPUTERS, AND ACCESS TO CASE LAW, AUTHORITY, CITATIONS.
9
10  WHEREFORE: GRANT DEFENDANT MOTION FOR APPOINTMENT
11  OF COUNSEL, FOR THE REASON SETFORTH HEREIN. THE
12  DEFENDANT PRAY THAT THIS HONORABLE COURT WILL GRANT ANY
13  ARGUEMENT NECESSARY AND/OR WHAT YOU DEEMS.
14
15  ONE ORIGINAL AND TWO COPIES, TO THE CLERK, OF THE
16  HONORABLE COURT, 219 SOUTH DEARBORN ST.,
17                    CHICAGO, ILL 60604
18
19  AND ONE CERTIFY COPY FOR THE OPPOSSING ATTORNEY FOR
20  THE DEFENDANTS, AFTER THE ANSWERING.
21
22  RESPECTFULLY SUBMITTED THIS 31st. DAY, JANUARY    OF
23  JANUARY; YEAR: 2008: BY Paul Taylor 2006-0080893
24                    PAUL DARNELL TAYLOR 2006-0080893
25                    P.O. BOX 089002
26                    CHICAGO, ILL 60608
27
28.                        2