IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS

**FILED**
MAR 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Paul Darnell Taylor<br>Plaintiff<br>v.<br>Doctor Contour, et. al.,<br>Defendants | Case No. # 1:08 C 0134<br>Residing: The Honorable Der-Yeghiayan:<br>MOTION FOR ENLARGEMENT OF TIME. |

Now Comes, Plaintiff Paul, Taylor, Prose Litergant, Incarcerated at the Cook County Department of Corrections. The Plaintiff Request in the above Styled Motion for Enlargement of Time, Fed. R. Civ. Pro 6(b) Allowes me to.

1) The Honorable Court, is Incorrect about his Financial Status. On about November/December, of 2005: The Plaintiff, Social Security Payments, Stopped. The Plaintiff, Income, was by Family, Mother, Ect:

2) The Plaintiff, might reach a settlement By April 28th, 2008: Case Paul Taylor V. Chicago Police Department; 1:07 C 5097 The Plaintiff Request that, This Honorable Court will be patient, He, may pay the full amight by May 05th, 2008:

WHEREFORE: Plaintiff Pray This Honorable Court Will Grant a 45 Day Enlargement of Time, The Plaintiff Show Good Cause, Not to Delay, or Harass This Honorable Court.

*[signature]*   2006-0080893   March 12th, 2008:

1