7/18/02      UNITED STATES DISTRICT COURT FOR THE
             NORTHERN DISTRICT OF ILLINOIS

FILED
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Paul Darnell Taylor
_____
Plaintiff

v.

Doctor; Contour;
_____
Defendant(s)

CASE NUMBER 1:08 C 0134
JUDGE Der-Yaghtiayan

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Paul Darnell Taylor, declare that I am the ■plaintiff ☐petitioner ☐movant (other Pro-Se) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ■Yes     ☐No  (If "No," go to Question 2)
    I.D. #2006-0080893  Name of prison or jail: Cook County Jail
    Do you receive any payment from the institution?  ☐Yes  ■No  Monthly amount:_____

2.  Are you currently employed?      ☐Yes     ■No
    Monthly salary or wages:_____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: The Ultima Travel 1998, December?
        Monthly salary or wages: 1200
        Name and address of last employer: The Ultima Travel 20 W Campbell Back.
        Phoenix, AZ 85016.

    b.  Are you married?           ☐Yes    ■No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                 ☐Yes    ■No
        Amount_____  Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes   ■ No
Amount _____ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes   ■ No
Amount _____ Received by _____

d. ☐ Pensions, ■ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount $610.00 °° Six Hundred Ten Dollars   ☐ Yes  ☐ No
Received by STOPPED November, 2005

e. ☐ Gifts or ☐ inheritances   ☐ Yes   ■ No
Amount _____ Received by _____

f. ☐ Any other sources (state source: _____ )   ☐ Yes   ■ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ■ No   Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ■ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ■ No
Address of property: I'VE BEEN INCARCERATED SENSE SEPT. 25, 2005: OLEN #2005-0074829
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐ Yes   ■ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ■ No dependents
2005-0076829 NEW Number 2006-0080893: Plaintiff WAS IN THE HOSPITAL, CAME BACK IN RECEIVING 10/19/06 NEW No.# 2006-0080893

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: **MARCH 27 2008**

_____
Signature of Applicant

**PAUL DARNELL TAYLOR**
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, **Paul Taylor**, I.D.# **20060080893** has the sum of $ **0.03** on account to his/her credit at (name of institution) **Cook County Jail**. I further certify that the applicant has the following securities to his/her credit: **.00**. I further certify that during the past six months the applicant's average monthly deposit was $ **30.00**.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

**3-27-08**
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

**CRW R. L. PUCKETT JR**
(Print name)

rev. 7/18/02

-3-



**ARAMARK** Managed Services *Managed Better.*

**\*\*TRANSACTION REPORT\*\***
Print Date: 03/27/2008

Inmate Name:   TAYLOR, PAUL            Balance:        $0.03
Inmate Number: 20060080893
Inmate DOB:    9/8/1965

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/12/2008 | ORDER DEBIT | -8.32 | 0.03 |
| 03/10/2008 | RETURN CREDIT | 8.35 | 8.35 |
| 02/27/2008 | ORDER DEBIT | -10.24 | 0.00 |
| 02/21/2008 | ORDER DEBIT | -3.09 | 10.24 |
| 02/15/2008 | CREDIT | 10.00 | 13.33 |
| 02/13/2008 | ORDER DEBIT | -17.57 | 3.33 |
| 02/09/2008 | RETURN CREDIT | 15.69 | 20.90 |
| 02/06/2008 | ORDER DEBIT | -15.69 | 5.21 |
| 02/06/2008 | CREDIT | 20.00 | 20.90 |
| 01/30/2008 | ORDER DEBIT | -8.35 | 0.90 |
| 01/23/2008 | ORDER DEBIT | -15.64 | 9.25 |
| 01/19/2008 | RETURN CREDIT | 22.36 | 24.89 |
| 01/16/2008 | ORDER DEBIT | -22.36 | 2.53 |
| 01/15/2008 | RELEASE FUNDS | -6.22 | 24.89 |
| 01/09/2008 | RELEASE FUNDS | -3.90 | 31.11 |
| 01/09/2008 | CREDIT | 35.00 | 35.01 |
| 01/09/2008 | ORDER DEBIT | -0.03 | 0.01 |
| 12/19/2007 | ORDER DEBIT | -0.15 | 0.04 |
| 12/11/2007 | ORDER DEBIT | -21.34 | 0.19 |
| 12/05/2007 | RELEASE FUNDS | -8.50 | 21.53 |
| 12/05/2007 | CREDIT | 30.00 | 30.03 |
| 12/04/2007 | ORDER DEBIT | -0.15 | 0.03 |
| 11/27/2007 | ORDER DEBIT | -14.08 | 0.18 |
| 11/18/2007 | ORDER DEBIT | -37.90 | 14.26 |
| 11/17/2007 | RETURN CREDIT | 34.67 | 52.16 |
| 11/14/2007 | ORDER DEBIT | -34.67 | 17.49 |
| 11/06/2007 | CREDIT | 25.00 | 52.16 |
| 11/03/2007 | RETURN CREDIT | 2.16 | 27.16 |
| 10/31/2007 | CREDIT | 25.00 | 25.00 |
| 10/31/2007 | ORDER DEBIT | -2.16 | 0.00 |
| 10/24/2007 | ORDER DEBIT | -10.73 | 2.16 |
| 10/22/2007 | RETURN CREDIT | 12.26 | 12.89 |
| 10/17/2007 | ORDER DEBIT | -12.26 | 0.63 |
| 10/11/2007 | ORDER DEBIT | -32.45 | 12.89 |
| 10/05/2007 | ORDER DEBIT | -3.95 | 45.34 |
| 10/03/2007 | CREDIT | 40.00 | 49.29 |
| 10/01/2007 | RETURN CREDIT | 0.97 | 9.29 |

| Date | Type | | Amount | Balance |
|---|---|---|---|---|
| 09/28/2007 | ORDER DEBIT | ↑ Six month Start | -17.33 | 8.32 |
| 09/27/2007 | LAW LIBRARY | | -1.50 | 25.65 |
| 09/21/2007 | CREDIT | | 20.00 | 27.15 |
| 09/20/2007 | ORDER DEBIT | | -3.09 | 7.15 |
| 09/06/2007 | ORDER DEBIT | | -29.76 | 10.24 |
| 09/05/2007 | CREDIT | | 10.00 | 40.00 |
| 09/05/2007 | CREDIT | | 30.00 | 30.00 |
| 08/30/2007 | ORDER DEBIT | | -1.06 | 0.00 |
| 08/23/2007 | ORDER DEBIT | | -2.84 | 1.06 |
| 08/15/2007 | ORDER DEBIT | | -4.87 | 3.90 |
| 08/10/2007 | ORDER DEBIT | | -12.14 | 8.77 |
| 08/02/2007 | ORDER DEBIT | | -32.17 | 20.91 |
| 07/25/2007 | ORDER DEBIT | | -28.32 | 53.08 |
| 07/24/2007 | CREDIT | | 50.00 | 81.40 |
| 07/22/2007 | RETURN CREDIT | | 25.92 | 31.40 |
| 07/19/2007 | ORDER DEBIT | | -25.92 | 5.48 |
| 07/09/2007 | RETURN CREDIT | | 0.97 | 31.40 |
| 07/05/2007 | CREDIT | | 30.00 | 30.43 |
| 07/02/2007 | ORDER DEBIT | | -0.97 | 0.43 |
| 06/28/2007 | ORDER DEBIT | | -1.94 | 1.40 |
| 06/21/2007 | ORDER DEBIT | | -8.71 | 3.34 |
| 06/14/2007 | ORDER DEBIT | | -9.84 | 12.05 |
| 06/13/2007 | CREDIT | | 10.00 | 21.89 |
| 05/31/2007 | ORDER DEBIT | | -25.23 | 11.89 |
| 05/31/2007 | CREDIT | | 35.00 | 37.12 |
| 05/24/2007 | ORDER DEBIT | | -18.06 | 2.12 |
| 05/21/2007 | CREDIT | | 20.00 | 20.18 |
| 05/17/2007 | ORDER DEBIT | | -0.59 | 0.18 |
| 05/10/2007 | ORDER DEBIT | | -20.76 | 0.77 |
| 05/10/2007 | CREDIT | | 20.00 | 21.53 |
| 05/03/2007 | ORDER DEBIT | | -8.22 | 1.53 |
| 04/26/2007 | ORDER DEBIT | | -1.65 | 9.75 |
| 04/19/2007 | ORDER DEBIT | | -7.18 | 11.40 |
| 04/12/2007 | ORDER DEBIT | | -31.55 | 18.58 |
| 04/11/2007 | CREDIT | | 50.00 | 50.13 |
| 03/29/2007 | ORDER DEBIT | | -0.20 | 0.13 |
| 03/22/2007 | ORDER DEBIT | | -5.05 | 0.33 |
| 03/15/2007 | ORDER DEBIT | | -35.96 | 5.38 |
| 03/08/2007 | ORDER DEBIT | | -44.13 | 41.34 |
| 02/28/2007 | CREDIT | | 10.00 | 85.47 |
| 02/15/2007 | CREDIT | | 50.00 | 75.47 |
| 02/09/2007 | CREDIT | | 25.00 | 25.47 |
| 01/25/2007 | ORDER DEBIT | | -49.85 | 0.47 |
| 01/18/2007 | CREDIT | | 50.00 | 50.32 |
| 12/28/2006 | ORDER DEBIT | | -6.00 | 0.32 |
| 12/13/2006 | ORDER DEBIT | | -9.96 | 6.32 |
| 12/06/2006 | ORDER DEBIT | | -33.76 | 16.28 |
| 12/04/2006 | CREDIT | | 50.00 | 50.04 |
| 11/30/2006 | ORDER DEBIT | | -8.15 | 0.04 |
| 11/27/2006 | CREDIT | | 8.19 | 8.19 |

© 2004 ARAMARK Corporation. All Rights Reserved