IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS:

FILED
APR - 7 2008
APR 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Jarnel Taylor
Plaintiff

v.

Doctor Contour, et al,
Defendant(s):

Case No. # 1:08 C 0134
Honorable Judge Der-Yaghiayan:

MOTION FOR INFORMA PAUPERIS:

Now Come(s), Plaintiff Paul D. Taylor, (Pro-Se) Incarcerated at the Cook County Jail. Request Motion For Informa-Pauperis. The Plaintiff was ordered by the Honorable Judge Der-Yaghiayan. The Plaintiff made a terrible mistake. The finance part is incorrect. The Plaintiff does not receive ($10,000) a month. However; He received $610.00 a month. Social Security Income. (S.S.I.) Six Hundred Ten Dollars, a month. The Benifits have stopped in the month of November, and/or December, 2005. The Plaintiff Family, is supporting him, while Incarcerated. Please except the Plaintiff is Motion For Informa Pauperis, Plaintiff is Truely Sorry and he do Apologise.

Wherefore Plaintiff Pray That the Honorable Court will except this motion for Informa Pauperis:

Respectfully Submited By Paul D. Taylor 2006-0080893
Paul Taylor                 P.O. Box 089002         April 4th 2008:
Division IX 1-E 1202 Chicago, Ill 60608

1