## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 134 | **DATE** | 4/25/2008 |
| **CASE TITLE** | Paul Darnell Taylor (#2006-0080893) vs. Dr. Contour, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons sated below, Plaintiff's application [9] and motion [10] for leave to proceed in forma pauperis are denied. Plaintiff has not properly completed his latest in forma pauperis application form. We previously warned Plaintiff that failure to pay the filing fee by April 9, 2008, would result in the dismissal of the instant action. The deadline has passed and Plaintiff has not paid the filing fee. Therefore, we dismiss the instant action. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Darnell Taylor's ("Taylor") motion and application for leave to proceed *in forma pauperis*. On February 13, 2008, we denied Taylor's prior motion for leave to proceed *in forma pauperis*. We gave Taylor until March 17, 2008, to pay the filing fee and we warned Taylor that if he failed to pay the filing fee by March 17, 2008, this action would be dismissed. On March 14, 2008, Taylor filed a motion for extension of time to pay the filing fee and we granted an extension of time to pay the filing fee by April 9, 2008. We once again warned Taylor that failure to pay the filing fee by April 9, 2008, would result in the dismissal of the instant action. Instead of paying the filing fee, on April 7, 2008, Taylor filed a second application for leave to proceed *in forma pauperis*, accompanied by a *pro se* "motion for in forma pauperis." (Mot. 1).

Taylor has not shown in his motion or application that he is entitled to proceed *in forma pauperis* or that he is entitled to reconsideration of this court's prior ruling denying his first motion for leave to proceed *in forma pauperis*. Taylor states in his motion that he is supported by his family while incarcerated. Also, a transaction report form Taylor's prison trust account attached to Taylor's *in forma pauperis* application form indicates that Taylor has received over $500 in credits in the last twelve months. (IFP Ex.). However,

**STATEMENT**

Taylor provides no details about the financial support he receives from his family in either his motion or his application for leave to proceed *in forma pauperis*. Although there is an indication that Taylor receives financial support, Taylor responded "no" in response to a question on his *in forma pauperis* application form asking Taylor if he has received more than $200 in the past twelve months in the form of gifts or from any other source. (IFP Par. 3).

Taylor has not properly completed his latest *in forma pauperis* application form and we therefore deny Taylor's motion and application for leave to proceed *in forma pauperis*. We previously warned Taylor that failure to pay the filing fee by April 9, 2008, would result in the dismissal of the instant action. The deadline has passed and Taylor has not paid the filing fee. Therefore, we dismiss the instant action.