IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

MHN

1
2  Paul D. Taylor                  Case No. # 1:08 C. 0134   1:07 C. 6799
3              Plaintiff
4     V.                           THE HONORABLE JUDGE DER-YAGHITIAYAN
5                                  
                  FILED
              MAY 3 0 2008
               5-30-2008           08 CV 134
            MICHAEL W. DOBBINS
         CLERK, U.S. DISTRICT COURT
6
7  Doctor, Contour               MOTION FOR EXTENTION OF TIME,
8           Defendant(s)         TO FILE JOINERS / EDITIONAL PAPERS:
9
10  NOW COMES, Plaintiff Paul Rene Taylor, REQUEST THIS HONORABLE
11  COURT IN THE ABOVE STYLE CAPTION MOTION FOR EXTENTION
12  OF TIME, TO FILE JOINERS / EDITIONAL PAPERS.
13
14  1.) THAT, THE PLAINTIFF, IS INCARCERATED AT THE CHICAGO COOK -
15  COUNTY DEPARTMENT OF CORRECTIONS. THAT, THE DEFENDANT(S),
16  CONTINUE TO VIOLATING THE PLAINTIFF, CONSTITUTIONAL RIGHTS,
17  TO THE 14th, 1st, 6th, AMENDMENT RIGHTS GAURANTEED
18  BY THE CONSTITUTIONAL LAW OF THE UNITED STATES CONSTITUTION
19  TO THE UNITED STATES CONSTITUTION OF AMERICA.
20
21  2.) THAT, WITHOUT THE ADDITIONAL DEFENDANT(S), THE DEFENDANTS,
22  IS ORDER TO ANSWER IS MERITLESS, TO SOME FACTS OF THIS
23  CASE. THAT THE PLAINTIFF, CAN PROOFE HIS CASE WITH THE NEW
24  EVIDENCE THAT, HAS SURFACE TO THE PLAINTIFF's HANDS.
25  THE PLAINTIFF, WILL HAVE EDITIONAL GRIEVANCE, EXHIBITS, AND
26  PAPERS, TO ILLUSTRATE HIS CASE AND REASONS.
27
28

1

3.) THAT, THE DEFENDANT(S); TO BE ADDED ACTIONS is so RECKLESS, MALICE, MELISOUSLY, DONE THEY MUST BE ORDER TO ANSWER THE ALLEGATIONS THAT WILL BE ADDED IN THE MOTION TO ADD ADDITIONAL JOINERS.

4.) ALL PARTIES; ACTED IN THEIR INDIVIUAL & OFFICAL CAPACITY: THEIR IS APPROXIMATELY (10-TEN) ADDITIONAL JOINERS:

a.) SHERIFF TOM DART, HEAD SHERIFF OF COOK COUNTY; HE APPROVED A SYSTEM, THAT ~~IN ILLINOIS~~ DISRUPTS, VIOLATES ALL RIGHTS TO THE (DUE PROCESS CLAUSE) AND (COMPULSORY PROCESS) BY THE 6th AMENDMENT, THE FIRST 1st AMENDMENT BY RIGHT TO PETITION THE HONORABLE COURTS. PLEASE SEE MOTION FOR INJUNCTIVE/INJUNCTION & AFFIDAVIT IN SUPPORT OF MOTION FOR INJUNCTION/TEMPORARY RESTRAINING ORDER (T.R.O.).

b.) THE LEVEL SYSTEM HOLDS (PRE-TRIAL) DETAINEE'S; IN ADMINISTRATIVE, SEGRATATION, FOR EXCESSIVE TIME. AND THE LEVEL SYSTEM; VIOLATES ANY PRIVATECY WITH THEIR COUNSEL AND/OR ATTORNEY, THE PRE-TRIAL DETAINEE, MUST BE IN (SIGHT, AND VIEW) OF THE COOK COUNTY SHERIFF'S, AT ALL TIME. EVEN IF YOU ARE HAVING A PRIVATE LEGAL CONFIDENTIALITY CONVERSATION. WE ARE NOT TO STEP AWAY 5 FEET FOR LEGAL CONSULTING. THIS MUST STOP!!! THEY HAVE FIGURE OUT A WAY TO OVERTHROW THE 6th AMENDMENT

2

b.) - RIGHTS! TO CONSULT WITH ATTORNEY/COUNSEL, AND CONSULT IN PRIVATE. THIS CONSTITUTE'S A VIOLATION OF THE RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL AND TO CONSULT IN PRIVATE, DESCUSSING LEGAL STRAGETY. TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

5.) WE HAVE TO STUDY OUR CASES, WITH HANDCUFFS, AND LEGIRONS, ON IN THE LAW LIBRARY. WE ARE REFUSED LAW LIBRARY UNLESS YOU HAVE (A COURT ORDER) EVEN IF YOUR'E (PRO-SE) AGAINST THERE VERY OWN POLICY/PROCEDURES, RULE & REGULATION OF THE DEPARTMENT

6.) FOR ALL THE REASONS SET FORTH HEREIN. THE PLAINTIFF, PRAY FOR TWO WEEKS, ENLARGEMENT OF TIME, TO ADD JOINERS, TO THIS CIVIL ACTION! THE LEVEL SYSTEM CAUSED ONE OF PLAINTIFF'S 1983 CIVIL ACTIONS PAUL D. TAYLOR V. SUPERINTENDENT SNOOKS, et, al., DEFENDANTS, THROW OUT, APRIL 3, 2008! THE PARTIES ADDED WILL AND IS CRUCIAL TO THE ENTIRE CASE.

WHEREFORE PLAINTIFF, DO PRAY THAT THE HONORABLE COURT WILL GIVE PLAINTIFF TIME, TO ADD ATLEASE (TEN-10) NEW DEFENDANTS TO THIS 42 § U.S.C.A. 1983 CIVIL ACTION FOR ALL THE ABOVE REASONS SET FORTH HEREIN.

RESPECTFULLY SUBMITTED By PAUL D. TAYLOR 2006-0080893
MAY 19, 2008;
Paul D. Taylor

3.