# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 134 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Paul Darnell Taylor (#2006-0080893) vs. Dr. Contour | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for extension of time to file Joiners/additional papers [12] is denied.

■ [ For further details see text below.]      Docketing to mail notices.

**STATEMENT**

     This matter is before the court on Plaintiff Darnell Taylor's ("Taylor") *pro se* "Motion for Extension of Time to File Joinders/Editional [sic] Papers." (Mot. 1). In Taylor's motion, he requests additional time to present evidence that he claims will "illustrate his case and reasons." (Mot. 1). The instant action was terminated on April 25, 2008. To the extent that Taylor's motion can be liberally construed as a motion for reconsideration of the dismissal of his case, Taylor fails to show that the court erred in dismissing the instant action and fails to provide a basis for the reinstatement of the instant action. Therefore, Taylor's motion is denied.