Dear: To Whom This Letter, May Concern:
Prisoner Correspondence;
219 So. Dearborn St;
Chicago, Il 60604

**FILED**
JUN 2 4 2008
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Copies;
Date June 18, 2008

Dear; Supervisor;

Hello; My Name is Paul D. Taylor. I'm Incarcerated at the Cook County Department of Correction; Division IX 1-H. I have not received any of my Brief's, Affidavits Motions. I filed a motion to extention of time, Case 1:07 C 6799 & (1:08 C 0134) I have not received my copy. I sent (Three (3)) one original two copies. I have not receive a copy after mailing via first class Legal Mail, in over a month. My Brief; Was On Case- Paul D. Taylor, V. Chicago Police Department, et; al; Defendant(s); 1:07 C 5097; April 17, 2008; It was Filed, Approximately. I Don't Know What's Going On. However, I know that, their being mailed out. Please send me a copy of my motion for time; 1:07 C 6799 - 1:08 C 0134; My Brief, Filed in April, 2008; Please; Thank you.

Respectfully Submitted This 18th Day of June; Month 2008, year.
By: Paul J. P.O Box 089002; Chicago, Ill 60608.

1