IN THE UNITED STATES DISTRICT COURT   HHW
OF APPEAL FOR THE STATE OF ILLINOIS:

Paul J. Taylor
Plaintiff/Appellant

V.

Thomas Dart, et, al,
Defendant(s)

CASE No.# 08-C 0134
HONORABLE DER-YEGHIAYAN:

THE PLAINTIFF GIVE
NOTICE OF MOTION
FOR APPOINTMENT OF
COUNSEL.

FILED
8-22-2008
AUG 2 2 2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOW COMES; PLAINTIFF/APPELLANT IN THE ABOVE
CAPTION MOTION FOR THE APPOINTMENT OF
COUNSEL. THE PLAINTIFF, IS NOT REPRESENTED
BY THE APPOINTMENT OF COUNSEL, HE IS (PRO-SE)
INCARCERATED AT THE COOK COUNTY DEPARTMENT
OF CORRECTIONS. THE PLAINTIFF; NEEDS THE APPOINT-
MENT OF COUNSEL FOR THE REASONS AS FOLLOWING:

1.) THAT THE PLAINTIFF, HAS THREE LAWSUITS GOING
ON AT THIS PRESENT TIME. TAYLOR, V. CHICAGO POLICE.
DEPARTMENT, 07-C 5097; TAYLOR V SUPERINTENDENT
SNOOKS, et, al, DEFENDANTS. 07 C 6799; APPROXI-
MENTLY (35) DEFENDANTS.

2. THAT SOME OF THE DOCUMENTS REQUIRE TEST-
IMONY OF MEDICAL EXPERTS & READING MENTAL/
MEDICAL RECORDS, AND ... ... TERMINOLOGY.

3.) THAT, THE DEFENDANTS, IS HARASSING/RETALIATING
AGAINST, THE PLAINTIFF, FOR FILING A LAWSUIT.

1



1   4. THAT THE PLAINTIFF IS UNABLE TO AFFORD
2   COUNSEL. HE HAS REQUEST LEAVE TO PROCEED IN-
3   FORMA PUAPERIS.
4   5.) PLAINTIFF, IMPRISONMENT WILL GREATLY LIMIT HIS
5   ABILITY TO LITERGATE, INVESTIGATE, RESEARCH.
6
7   6.) PLAINTIFF; HAS LIMITED ACCESS TO THE LAW LIBRARY,
8   AND LIMITED KNOWLEDGE OF THE LAW.
9
10  7.) A TRIAL IN THIS CASE WILL LIKELY INVOLE
11  CONFLICTING TESTIMONY. AND COUNSEL WOULD
12  BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE
13  AND CROSS EXAMINE WITNESS(ES.).
14
15  8.) PLAINTIFF HAS MADE REPEATED EFFORDS TO
16  OBTAIN A LAWYER. ATTACHED TO HIS MOTION
17  ARE THE FOLLOWING NAMES & AGENCY.
18
19  9.) THESE FACTORS ARE LISTED IN MONTGOMERY V.
20  PINCHAK, 294 F. 3d 492, 499 (3rd CIR. 2002).
21  IN PARHAM V. JOHNSON, 126 F. 3d 454, 461
22  (3rd CIR. 1997), ANOTHER COURT OF APPEALS SAID
23  THAT "WHERE A PLAINTIFF'S CASE APPEARS TO HAVE
24  MERIT AND MOST OF THE AFOREMENTIONED FACTORS
25  HAVE BEEN MET, COURTS SHOULD MAKE EVERY ATTEMPT
26  TO OBTAIN COUNSEL.
27  RESPECTFULLY SUBMITED THIS 16 AUG, 2008;
28  BY Paul Jay                  P.O. BOX 089002 CHICAGO IL 6068

2.

REASON for APPOINTMENT
of COUNSEL. ATTEMPTS

# EXHIBIT

# JENNER&BLOCK

August 3, 2007

Jenner & Block LLP    Chicago
One IBM Plaza    Dallas
Chicago, IL 60611-7603    New York
Tel 312 222-9350    Washington, DC
www.jenner.com

Paul Taylor
Cook County Correctional Center
P.O. Box 089002
Chicago, IL 60608
Register No.: 2006-0080893

Barry Levenstam
Tel 312 923-2735
Fax 312 840-7735
blevenstam@jenner.com

Dear Mr. Taylor,

Thank you for your request for pro bono representation. Your request for representation was confidentially circulated to the attorneys in the firm. Unfortunately, no one is able to undertake the representation you are seeking.

Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

Barry Levenstam/cp

Barry Levenstam
Co-Chair, Pro Bono Committee

BL/cp
Enclosure

# JENNER&BLOCK

September 19, 2007

Jenner & Block LLP        Chicago
One IBM Plaza             Dallas
Chicago, IL 60611-7603    New York
Tel 312 222-9350          Washington, DC
www.jenner.com

Paul Taylor
Cook County Correctional Center
P.O. Box 089002
Chicago, IL 60608
Register No.: 2006-0080893

Barry Levenstam
Tel 312 923-2735
Fax 312 840-7735
blevenstam@jenner.com

Dear Mr. Taylor,

Thank you again for your request for pro bono representation. Your request for representation was confidentially circulated to the attorneys in the firm. Unfortunately, no one is able to undertake the representation you are seeking.

Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

Barry Levenstam
Co-Chair, Pro Bono Committee

BL/cp
Enclosure



# John Howard Association of Illinois

300 West Adams Street, Suite 423 Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

March 24, 2008

Mr. Paul D. Taylor
2006-0080893 -- Div. 9
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Taylor,

The Law Firm of Reed Smith forwarded to our Association your telephone voicemail received by it on 3/10/08 regarding your alleged lack of proper medical treatment.

Please write to us with full details of your medical situation. We will try to be of assistance to you.

We apologize for the delay in responding to your letter. We are a small nonprofit organization and currently overwhelmed with work due to the serious illness of one of our staff. We are doing our best to answer all inmate letters as soon as possible. Thank you for your patience.

Sincerely,

Charles A. Fasano, Director
Prisons and Jails Program

# JHA | John Howard Association of Illinois

300 West Adams Street, Suite 423  Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

June 9, 2008

Paul D. Taylor
#2006 008 0893
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Taylor,

We received your letter dated May 7, 2008 with the many enclosures including 41 Grievances dating from September 1, 2007 through April 1, 2008.

We are unable to figure out what help you want from our Association. Many of your Grievances do not have responses. It is impossible to determine the status of any of your Grievances. Internal Affairs has investigated your allegations of staff assault and ruled them unfounded.

If you still have a complaint of inadequate medical treatment, we suggest you file a new Grievance on that issue and take that procedure to a final appeal, if necessary. At least then you will be in a position to file a lawsuit if the Grievance does not resolve your medical treatment issues.

We are returning all of the enclosures that were with your letter.

Please keep us updated on the status of your new Grievance.

We wish you the very best.

Sincerely,

Charles A. Fasano, Director
Prisons and Jails Program

# LEO T. McGONIGAL
### LAWYER

53 W. JACKSON BLVD., SUITE 1430
CHICAGO, ILLINOIS 60604
(312)-427-6226
Fax: (312)-554-8780

April 15, 2008

Paul D. Taylor 2006-0080893
Cook County Dept. of Corrections
P. O. Box 089002, Division IX 1-E 1202
Chicago, IL  60608

CONFIDENTIAL LEGAL MAIL

Dear Mr. Taylor:

I received your letter today, and regret to inform you that I cannot accept professional
responsibility to represent you in this matter.  I currently have a full schedule of cases
which would not allow me to give your problem the time it requires.  I suggest that you
may wish to contact another attorney or seek an attorney referral through the Chicago Bar
Association.  Thank you for bringing this matter to my attention and I regret that I am
unable to be of assistance.

Very truly yours,

Leo T. McGonigal

LTM/pm



# John Howard Association of Illinois

300 West Adams Street,  Suite 423  Chicago, IL  60606
Tel. 312-782-1901   Fax. 312-782-1902   www.john-howard.org

July, 23 2008

Paul Taylor
#2006 008 0893
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Taylor,

We received your letter dated April 24, 2008 with a copy of a previous letter, dated March 28, 2008 attached containing a copy of your two page Grievance dated March 27, 2008 regarding medical treatment.

Please send us a copy of the Response to your Grievance dated March 27, 2008.

Sincerely,

Charles A. Fasano, Director
Prisons and Jails Program

# THE VRDOLYAK
## LAW GROUP, LLC

**9618 S. Commercial Avenue**
**Chicago, Illinois 60617**
**(773) 731-3311**
**(773) 731-4773 facsimile**

August 5, 2008

Paul D. Taylor
2006 - 0080893
P.O. Box 089002
Chicago, IL 60608

LEGAL MAIL

Dear Mr. Taylor:

Thank you for considering the legal services of my office. Upon review of your case, unfortunately, we would not be able to obtain for you those results which we desire to obtain for our clients, thus we would not be able to represent you at this time.

Should you need any legal assistance in the future, please do not hesitate to call.

Thanks again for considering my office.

Very truly yours,

THE VRDOLYAK LAW GROUP, LLC

By: William E. Reynolds

WER/ms
Encl.



SURFACE TRANSPORTATION ONLY

PAUL DiTAYLOR
2006-0080893
P.O.Box68902
Chicago,Ill 60608

91E

MR. EDWIN A. BURNETTE
LAW Office
Cook County

NSTE 1608

Ill 60602

E Cok/

**Important Customer Information**

We regret that your mail was not collected or is being returned to you due to heightened security requirements. All mail that bears postage stamps and weighs more than 13 ounces MUST be taken by the customer to a retail service associate at a Post Office.

JULY 2002 DECODD2

United States Postal Service



U.S. POSTAGE
PAID
CHICAGO, IL
60661
MAR 28, 08
AMOUNT
**$5.21**
00053370

DELIVERY CONFIRMATION

0306 0320 0002 7234 6549

LAW OFFICES
STANLEY L. HILL & ASSOCIATES, P. C.
SUITE 205
651 WEST WASHINGTON BOULEVARD
CHICAGO, ILLINOIS 60661

TO

Paul Taylor
2006 0080843
P.O. Box 089002
Chicago Il 60608

Legal
Mail

PRIORITY
MAIL

1) DEAR; MR/S:
2 ATTORNEY'S ADMINISTRATOR'S;
3 CIVIL RIGHTS EXPERTS AT LAW.
4
5 CHICAGO, ILLINOIS 606
6
7          RE: LEGAL ASSISTANCE / REPRESENTATION:
8              DATE                     2008;
9
10) DEAR;
11 GREETINGS: I WILL ENCLOSURE MY ATTEMPTS, TO
12 SEEK JUSTICE. I HAVE BEEN DEPRIVED EVERY
13 RIGHTS BY THE (DUE PROCESS) TO THE (DUE PROCESS-
14 CLAUSE) TO THE 14th AMENDMENT TO THE
15 UNITED STATES CONSTITUTION TO THE UNITED STATES
16 CONSTITUTION OF AMERICA.
17 THE DOCUMENTS, I WILL ENCLOSURE IS TO BE CONSID-
18 ER EXHIBITS, FOR COURT SEE PAUL D. TAYLOR,
19 V. SUPERINTENDENT SNOOKS, et, al, DEFENDANT(S).
20 CASE NO.# 07 C 6799 PAUL D. TAYLOR V. DR.CONTOUR
21 et, al, DEFENDANT(S). CASE NO.# 08 C 0134.
22 AND A STREET CASE PAUL D. TAYLOR, et, al,
23 DEFENDANT(S). CASE NO.# 07 C 5097; V. THE
24 CHICAGO POLICE DEPARTMENT; BELL, JOHNSON, HAVELK,
25 et, al, DEFENDANT(S). PLUS THE LONG AWAITED
26 CASE PAUL A. TAYLOR; V. TERRY L. STEWART, et,
27 al, DEFENDANT(S). CASE NO.# CV. 0226 PHX-
28 MHM-(MS) FOR APPEAL. HOWEVER; PLAINTIFF,

1 APPELLANT HAS EXTERMLEY TO MANY DEFENDANTS.
2 IIt is VERY TIME CUSUMING, STRESSFULLY
3 EXHAUSTING. THE PLAINTIFF, IS UNDER DURESS,
4 AND PYSCHOLOGICAL ABUSE. THE FACT PLAINTIFF (DON'T)
5 HAVE SECRETARY, _____, FREE CALLS FOR
6 RESEARCH, LEGAL ADVISE, STRAGIST, INVESTIGATOR,
7 AS THE STATES DEFENDANTS, OPPOSSING
8 ATTORNEY DOES !!! PLAINTIFF, HAVE MADE So...
9 MANY ATTEMPTS To OBTAIN, RETAIN, LEGAL-
10 ADVISORS, PRIVATE ATTORNEYS, THROUGH VIA
11 FIRST CLASS LEGAL MAIL. THE COST HAS PUT
12 PLAINTIFF IN FINANCIAL DEPRESSION. PLAINTIFF IS
13 NOT ONLY CONCIDER FINANCIAL BANKRUPTCY; HE
14 is (MENTALLY ILL) DIAGNOSIS : BUDOLAR !!!
15 A RIGHT PARALUZED HAND THAT HE
16 WITH. HE'S ON PARALUZED BY APPROXIAMATLY
17 35% : THE PLAINTIFF (MIS-SPELLS) SOME OF
18 THE EAZY WORDS. BECAUSE HE IS UNDER GREAT
19 STRESS, AND HE IS ALSO DIAGNOSIS WITH DESLEXCIA!
20 HE (DOES NOT) KNOW WHEN HE DOES THIS UNTIL
21 SOMEONE POINTS THIS OUT To HIM. HE HAVE BEG
22 FOR ATTORNEY'S, To REPRESENT HIM, REQUEST
23 AFTER REQUEST. THE PLAINTIFF HAVE MERIT,
24 AND A 80% CHANCE OF WINNING !!!
25 THE LIKELY HOOD SUCCESS IS IN HIS FAVOR (ESP.)
26 TAYLOR V. CHICAGO POLICE DEPARTMENT, et, al,
27 DEFENDANTS CASE No. # 07 C. 5097:
28

9

1 I WAS So... HEAVENLY MEDICATED WITH PYSCH-
2 OTROPIC MEDICATIONS. I NEVER GOT A ANSWER
3 FOR MY SUIT BY THE HONORABLE COURTS, WHILE
4 IN CHESTER MEMORAL MENTAL HOSPITAL BY THE
5 CRIMINAL COURT  05-CR23495 (TWO COUNTS)
6 OF RESIDENTIAL BUERDARIES. I WAS FOUND BODO-
7 LY (UNFIT) BY DR. KELLEY, PYSCHIATRIST FOR
8 COOK COUNTY (10 th FLOOR) CLINIC. THIS WAS
9 AGAINST THE PROFESSIONAL OPINION OF (DOCTOR
10 SHARON COLEMAN) WHOM REPORT STATED (FIT)
11 FOR TRIAL. SEE DOCTOR CONTOUR; et, al,
12 DEFENDANT(S) CASE No.# 08 C 0134 I WILL
13 LATER SEND YOU DOCUMENTS / EXHIBITS. ON
14 5 1st, PUBLIC DEFENDERS MRS. COLLINS. AND MR
15 BARRINTON BAKER; THREW AWAY MY MOTIONS
16 FOR RELIEF, SUBPOENAS, TO THE HONORABLE—
17 JUDGE WILLIE WRIGHT BRANCH     . THE
18 DOCUMENTS WAS GIVEN TO THEM BY THE
19 HONORABLE CLERK; MR. CRANSTON. I WROTE
20 MS. DORTHEY BROWN; HEAD CLERK, OF COOK COUNTY.
21 I HAVE BEEN HERE FOR #3 YEAR'S; FOR A FALSE
22 CHARGES, IMPRISONMENT, UNLAWFUL DETAINED,
23 UNLAWFUL RESTRAIN (I DO NOT FIT THE DISCRI-
24 PTION OF THE AUDIO TAPE 911 AND THE CORE-
25 QUEST RADIO TEANSMISSIONS. THEIR WAS NO
26 LAWFUL REASON THEY SHOULD HAVE STOPPED ME.
27 I HAVE NOT HAD A PUBLIC DEFENDER VISIT!!! ...
28 AND SIX PYSCHOLOGICAL EVALUATION S (B.C.X.)

1 THEY All KNOW, THAT, I KNOW WHAT A JUDGE,
2 JURY, PROSECUTOR, LAWYER, PUBLIC DEFENDER,
3 A FELONY, MISDEMEANOR, IS!, AND THE ABILLITY
4 TO WORK WITH MY PUBLIC DEFENDER. MRS BRETT-
5 MORGAN BALMER; REFUSED TO FILE A MOTION TO
6 QUASH THE ARREST AND SUPPRESS THE EVIDENCE!?
7 SHE REFUSE TO MAKE ANY ATTEMPTS TO INVESTI-
8 GATE THE CRIME SCENE AND INTERVIEW MY
9 WITNESS I NOW MY BROTHER TELLS ME THAT THE
10 (WITNESS(ES) MELINDA SMITH) HAS MOVED, AND
11 THE HOUSE 7038 SOUTH CLAREMONT IS BOARD UP!
12 MY CLOTHING, IS NOT IN (D.O.C.) PROPERTY. THE'RE
13 GONE!?!? MRS, BALMER, AND MR; JOEL BERRY SIMBERG,
14 IN THE 2½ YEARS, NEVER HAD A HEARING
15 FOR MY RELEASE. MY NEW PUBLIC DEFENDER;
16 MRS; CRISTAL CARBELLOS; DOES NOT WANT TO DO
17 (A LINE UP AND/OR OPEN COURT) I REQUESTED THAT
18 I APPEAR IN A LINE UP OR HAVE MY BROTHER,
19 SIT, IN THE CHAIR THAT IS FOR THE DEFENDANT.
20 SHE, D IS AGREE. THE WOMEN; IS GOING TO SAY
21 "THAT's HIM" IF I'm THE ONLY ONE SITING IN THE
22 CHAIR ?!. THE LINE UP IS SUGGESTIVE. I WAS THE
23 ONLY ONE IN THE SHOWUP SPRAYED; AND APPROXIM-
24 ATELY 8 MINUTES' WENT BY THE CHICAGO POLICEMAN,
25 PAUL LORENZ; STATED THE SUSPECT HAS ON A GREEN
26 PLAID JACKET; BLUE JEANS! I HAVE ON SKY BLUE
27 SIKE STRIPE JOGGING PAINTS. NOT ONLY DID I NOT
28 FIT THE DESCRIPTION. BUT I WAS FOUR AND ONE -

4

1   HALF BLOCKS, AWAY, FROM THE SCENE OF THE CRIME.
2   MRS. REGINA PATTERSON, SAID SHE SAW ME TAKE HER,
3   PURSE AND RUN. HOWEVER, THEIR IS NO RECOVER
4   PURSE !? NOTHING WAS EVER FOUND, FROM HER APPA-
5   RTMENT, ON ME! SHE STATED (15 D.V.D.'s) WAS TAKEN,
6   HOWEVER, SHE NEVER STATED THIS ON THE 911 TAPES.
7   THIS IS A LATER INVENTORY. SHE WROTE THIS ON A
8   FELONY COMPLAINT FORM(S). (CHERLY BRONSON) —
9   STATES "(SHE DID NOT) SEE ME". HOWEVER, THE
10  POLICE OFFICER, PAUL LORENZ, STATES THAT (HE FOUND)
11  TWO CELL-PHONES, FROM (CHERLY BRONSON'S APARTMENT.
12  MS, BELINDA SMITH, SAW THE POLICE OFFICERS; BEAT ME,
13  SPRAY ME, (BREAK MY LEFT FOOT.) BY SLAMMING IT IN
14  (THE SQUAD CAR DOOR)!!! AND NO EVIDENCE FROM
15  EITHER HOME. REMEMBER, MRS. BRETT BALMER,
16  REFUSED TO QUESTON MY WITNESS; THAT, I TOLD
17  HER, IN THE VERY BEGINING. THIS CONSTITUE'S A
18  VIOLATION OF MY RIGHTS BY THE 6th AMENDMENT
19  RIGHTS TO (A COMPULSORY PROCESS) TO THE
20  UNITED STATES CONSTITUTION TO THE UNITED STATES
21  CONSTITUTION OF AMERICA. AND A RIGHT TO FUN-
22  DIALMENTAL FAIRNESS OF (THE DUE PROCESS CLAUSE)
23  TO THE 5th & 14th AMENDMENT T' THE UNITED—
24  STATES CONSTITUTION TO THE UNITED STATES CONSTITUT-
25  ION OF AMERICA. I WAS TRANSPORTED TO THE OTHER
26  AT THE 51st STATION. BY O.P.S. THEY CLAIM THEY
27  (DO NOT) FIND THE PICTURES, THAT, SHOWS MY INTUR-
28  IES. HOWEVER, MR. SIMBERG, HAS NOW A (COLOR PHOTO)

5

1 Copy of the photo's, he stated on record) that
2 he called a Mr. Torese;? And they )i)n't exist!
3 Not only a month later they showed) after
4 I went on record, and state) I've seen the
5 black and white one's. The pictures, exist sence
6 Sept. 25, 2005 The day of my arrest. Why
7 )i)n't the public )efenner; Mr; Joel Barry Simberg,
8 put in a motion for the picture's, to show cause
9 why ??? The Honorable Ju)ge Thomas V. Gainer #902
10 here at 2650 So. California Ave, Chicago, Il 60608
11 Refuse) to listen to my motions 'to appoint
12 counsel, other than a public )efenner. I tol)
13 Me; Simberg; that I have a motion against him
14 He sai) "He has to cover his ass", So.. He put
15 Me in for (a )ysch-evaluation) behavior clinical
16 examination (B.C.X) My (4th fourth) examina-
17 tion. This )elaye) the case four an) one half
18 Months. I was (foun) fit) to stan) trial by a
19 Licence )yscholo6ist )octor; Sharon Coleman;
20 Whom just happen to be (Africa America). She
21 foun) Me fit (5) time's. I express e) to the
22 Honorable Ju)ge Thomas V. Gainer; how this
23 Public )efenner, have misrepresent me, for.
24 (one year) an) )elaye) My case by requesting
25 unnecessary continue's of no pre-vel, an)
26 Requesting the same things that the state
27 Will not give him. So... The Ju)ge or)ere) a Six
28 )ysch-eval (B.C.X.) An) specificly request —

1  FOR DR. KELLEY; TO CONDUCT THE INTERVIEW THATS
2  IT. THIS IS AND CONSTITUE A VIOLATION OF STATE-
3  LAW. CHAPTER 725 ILCS 5 / 104 . 13 EXAMINATION
4  THEIR MUST BE TWO LICENCE'S DYSCHOLOGIST DYS-
5  CHIATRIST FOR A FIRST AND SECOND OPINION. THEY
6  KNEW THIS DR. KELLEY ; MADE A MELPRACTIC DECISION
7  WHEN HE STATED THAT I WAS NOT FIT TO STAND TRIAL,
8  BECAUSE MY STATEMENT. ? "I THINK THAT MY
9  PUBLIC DEFENDER; MRS; BRETT MORGAN BALMER; IS WORKING
10 WITH THE STATE." HE FOUND ME NOT FIT TO STAND TRIAL.
11 I HAD ALREADY HAD A PRIOR VISIT, WITH BOTH DOCTORS.
12 (45) DAY EARLIER. (THEY BOTH FOUND ME FIT.) I HAD
13 A HEARING, ON MY FITNESS AT THE HEARING, BOTH
14 PUBLIC DEFENDERS MRS BALMER, & CRISTAL KELLEY-
15 STATED TO ME THAT I COULD NOT TAKE THE STAND,
16 AND NOT ALLOWED TO TALK. DOING THE HEARING THE
17 QUESTON WAS ASKED BY MRS. BALMER; DO YOU THINK HE
18 WAS MINGLING ??? THIS MEANS (FAKING). HE SAID NO. "
19 WHY ASK IS I'm FAKING IF THE DOCTOR, KELLEY IS
20 STATING I'm NOT FIT WHY WOULD HE SAY I WAS
21 MINGLING ? SHE 'ASKED THAT TO RAIL ROAD ME.
22 HONORABLE JUDGE WILLIAM LON SHULTZ; AGREED
23 TO SEND ME TO (A MENTAL HOSPITAL.) WITH NO OUT-
24 SIDE OPINION OTHER THAN A COOK COUNTY DYSCHIATRIST.
25 HOWEVER; I WAS ORDERED MENARD MENTAL HOSPITAL/
26 / MEMORAL FOR 90 DAYS, AND TWO ADDITIONAL MONTHS,
27 FOR HEALING BY SURGERY , FOR HERNIA. I WAS BEATEN,
28 MENTAL HEALTH ASSOCIATES , EVEN WHEN STRAPPED DWN.

17

1 Mrs. Brett M. Balmer; Refuse) To put / Request
2 THIE) OPINION AN) (oe SECON) OTHER THAN Doctor Kelley
3 SHE WANTE) Me Out THE WAY. WHY )(i) Dr. Kelley;
4 )ecision / Evaluation Sesele Dr. Sharon Coleman?
5 Mrs. Balmer; Requeste) Two ADDitional B.C.X.'s !!.
6 SHE NEVER; Requeste) THE ONE THING I WANTE) AN)
7 Nee), A Motion To Quash THE INDictment AN)
8 Suppress THE IDentification. All THE INFORMATION
9 IN THE INDicTment Are FALSE !!! Officer LORENz;
10 Testify AT THE SECRET GRAND Jury INDictment.
11 (No Victim / Witness(es) EVER TESTify. His Test-
12 imony WAS To )efrau) THE GRAND Jury !!!
13 THE ADDRESS OF THE Victims APARTment (is NOT)
14 Correct. THey NEVER Recovery ANY )urse. So ... How
15 CAN THEir Be ANy A ResiDential Burglary; With
16 (No PROPERTy FOUND) ON Me From HER; )lace !?)
17 How CAN I HAVE (A ResiDential Burglary) When
18 CHeerly Bronson; State) "I NEVER SAW THE PERSON
19 THAT SupposeTo Be iN HER, APARtment". So How
20 CAN I Be CHARGe), With ResiDential Burglary ???
21 THis is up To My THiR) )ublic )efen)er; Mrs.
22 CHristal Carbellos. SHE )oes NOT ) WANT To Try
23 )o, Request (A LINE up ) AND /oe LET My BROTHER.
24 Sit AT THE )esk, KNOWING THAT ITs Been OVER
25 THREE YEARS, Sence THis HAPPEN. SHE is GOING To
26 SAy Yes THAT's Him. SHE is HOSTALE. AN) SHoul)
27 Be ConciDer A HOSTALE Witness.
28

1  THE JUDGE GAINER; REFUSED ME, A (15)
2  COMPLAINTS / OF MISCONDUCT BY OFFICER; LORENZ.
3  THE EVIDENCE OR)ERED IMDOWNE) FOR APPELLANT
4  REVIEW, ON DECEMBER 14th, 2007; (NOT ONE COM-
5  DLAINT.) THEIR WAS A WOMAN, THAT, COMPLAINT
6  ABOUT THE OFFICER; THREW HER, ON THE HOOD OF
7  HER CAR. NOT THAT ONE OR ANY ??? THE JUDGE
8  GAINER; IS SHOWING EXTERM DREJUDICE!!!
9  I WAS NEVER HEARD ON MY MOTION FOR APPOIN-
10 TMENT OF COUNSEL OTHER THAN A PUBLIC DEFEND-
11 ER; INSTEAD JOEL B. SIMBERG; OR)EFER) ME A (B.C.X)
12 ON FEBRUARY 14th 2008; HE REQUEST THIS OUT OF
13 RETALIATION / HARASSMENT. MR. SIMBERG LIE) TO
14 THE JUDGE; STATING THE PHOTO'S )OES NOT EXIST.
15 THE PHOTO'S OF ME AT THE POLICE STATION WAS
16 TAKEN 9/27/05: HE HA) THEM ALL THE LONE.
17 HE TRIE) TO MAKE A )EAL WITH ONE. HE SAID
18 THAT, HE KNEW A DERSON IN JURY LAWYER;
19 I CAN BE COMPENSATE) WIN / OR LOSS. I TOL)
20 HIM, I SUING MRS. BALMER. SEE PAUL )ARNEL TAYLOR
21 Vs. )OCTOR; et, al; )EFEN)ANT(S). THEIR IS SO...
22 MANY DEFEN)ANT(S) IN TAYLOR V. )E; CONTOUR
23 CASE No. #08 CV 0134; I'm UP FOR MOTION TO QUASH
24 THE ARREST AN) SUPPRESS THE EVIDENCE.
25 ON MAY 22, 2008; THE JUDGE GAINER; ORDER A
26 NOTHER DYSCH-EVALUATION (B.C.X.) BECAUSE
27 I SPOKE UP FOR MYSELF AN) AGAINST EVERYTHING-
28

1   THAT VIOLATE MY 6th AMENDMENT (COMPULSORY-
2   PROCESS) RIGHTS TO THE UNITED STATES CONSTITUTI-
3   ON TO THE UNITED STATES CONSTITUTION OF AMERICA
4   I WAS PUNISHED FOR SPEAKING AGAINST MY PUBLIC-
5   DEFENDER(S) IN THE PASS AND PRESENT. THE
6   HONORABLE JUDGE THOMAS V. GAINER; SENT ME
7   UP STAIRS TO SPEAK, WITH DR. KELLEY SPECIFICLY.
8   THIS IS AGAINST THE LAW TO REQUEST A SPECIFIC
9   DOCTOR. THE PERSONNEL SCHEDULE THE INTERVIEW.
10  IF ITS DOCTOR; KELLEY ITS HIM. THE JUDGE;
11  ORDERED THIS WITH NO SECOND OPINION WHY ???
12  WHAT IF HE SAYS I (WASNOT) FIT ??? WHEN
13  ME; SIMBERG; ORDER, REQUEST THE EVALUATION,
14  HE PERSONALLY WENT UP STAIRS AND TOLD THE
15  SCHEDULING PERSONAL THAT, "DR. KELLEY; SAID, THAT
16  HE IS FIT AMOUNG TAKING HIS MEDICATION".
17  THIS WAS TO JUSTIFY SENDING ME TO THE HOSPITAL.
18  I WAS SENTENCE MARCH 13, 2006: I CAME BACK
19  OCTOBER 19, 2006: THIS IS WHY MY NUMBER IS
20  2006-0080893: OLE 2005-0076829: THIS IS WHY
21  HE SAID ASLONG "AS I TAKE MY MEDICATION". MRS;
22  BALMER; PUT ME IN FOR PYSCH-EVALUATION (ONE AND
23  ONE HALF MONTH): MRS; BALMER; PUT ME IN AGAIN
24  FOR (B.C.X.) IN DECEMBER; 2006: I WENT BECAUSE
25  WE HAD A ARGUEMENT ON RATHER WE SHOULD FILE
26  A MOTION FOR TO, QUASH THE ARREST AND SUPRESS
27  THE EVIDENCE. SO... SHE REQUEST ANOTHER (B.C.X.)
28

10

1. SHE REQUEST ANOTHER ONE BECAUSE I STATE) I
2. (WAS NOT) TAKING ALL MY MG's, BECAUSE I'm Harvely
3. MEDICATED. I WAS TAKING (1800) MG's OF LITHIUM
4. (300 MGs) OF SERAQUL AT DIFFERANT TIMES.
5. HOWEVER, I WAS STILL HEAVELY, MEDICATE) !!!
6. I ALSO TOOK ZUPREXAL, DEBEDIES, RUNS IN MY
7. FAMILY. (HIGH BLOOD) PRESSURE. I HAD TO GET MY
8. BLOOD CHECK, LIKE A THOUGH I HAVE) EBEDIES.
9. HERE IN JANUARY OF 2007. DR. DUNLAP; STOP THIS
10. AS (A MEDICAL) DOCTOR). SHE CALLED THE DOCTOR, FISSOL
11. TO STOP THE PSYCH-MEDICATION THAT CAUSES DEBEDIES
12. THIS WAS BECAUSE MY SUGER; WAS APPROXIMATELY
13. (6 TO 800). I WAS MONITOR; DAILEY UNTIL I WAS
14. OFF THE MEDICATION FOR MONTHS. ON APRIL 9, 2008
15. MRS BALMER; REQUEST ANOTHER PSYCH (B.C.X.) BASE
16. ON DOCTOR; KELLEY'S MALPRACTIC DECISION I'm
17. FIT AS LONG AS I'm ON MY PSYCH-MEDICATION.
18. ONCE AGAIN, OR SHOULD I SAY THE BEGINING OF
19. THE DR. KELLEY INTERVIEW. ONLY DR. KELLEY,
20. I NEVER OBJECTED TO ANOTHER CONTINUE ON
21. MAY 8, 2007. JUNE 12, 2007. I met MR. SIMBERG,
22. WHEN I WAS AT THE MENTAL HOSPITAL, THE STAFF
23. SCOTT (ECT) JUMPED ON ME AND BEAT ME. HELDED
24. ME AGAINST MY WILL IN RESTAINS, AND STILL BEAT
25. ME LAYING ON THE TABLE !!! If you LOOK ON THE
26. INFORMATION SHEET OPEN TO THE PUBLIC. ALL MOTIONS
27. I FILED WAS NEVER HEARD NOR CONCIDER. WHEN I
28. GOT UPSET BECAUSE THE DELAY / NO HEARINGS —

11

1  HOWEVER; MORE PHYSCH-EVALS, APPROXIMATELY 4½
2  I WAS SENT TO THE 10th FLOOR BY JUDGE GAINER.
3
4  NOW WHILE AT THE HOSPITAL; IN MAY OF 2006,
5  90 DAYS I WAS FINALLY (FOUND) FIT TO STAND TRIAL)
6  HOWEVER, I STAYED IN THEIR FOR TWO (2 MORE
7  MONTHS FOR HERNIA SURGERY, AND HEALING.
8  I HAD COMPLICATION FROM SURGERY. I ALMOST
9  DIED !!! MY TESTICAL WAS SO... INFECTED, I
10 HAD A TEMPTURE ONE THIMONITOR; FROM COMER,
11 AND OR DYING. MY TESTICLE; WAS (TEN-10) TIMES
12 THE SIZE. MY TESTICLE, WAS SO... LARGE I COULD-
13 NOT WALK, AND IT WAS ALMOST THE SIZE OF
14 MY BUTT OX !!! THIS WAS AN EMERGENCY! I
15 WAS RUSHED TO A REAL OUTSIDE HOSPITAL. THEY
16 PUT (I-V's) IN MY ARMS / VAINS, TWO OF THEM!!
17 I HAD (ICE PACKS) FROM HEAD TO TOE, TO BRING
18 MY TEMPTURE DOWN, I STAYED AN ADDITIONAL
19 TWO MONTHS. SO... MRS. BALMER; DR. KELLEY,
20 & THE HONORABLE JUDGE WILLIAM LON STHULTZ.
21 ALL DELAY MY CASE BY (FIVE #5) MONTHS. THEY
22 ALL CONSPIRED TO HAVE ME COMMITT TO A
23 MENTAL HOSPITAL AND CONVICTED BY REASON OF
24 INSANITY !!! WHEN ME, SIMBERG PUT THE REQUEST
25 IN FOR A (B.C.X) FEBRUARY 14th 2008; I ASKED ON
26 RECORD WHAT IF I'M FOUND NOT FIT. JUDGE GAINER
27 STATED "YOU CAN GET ANOTHER OPINION," AND APPEAL
28 IT. THIS IS WHAT MRS. BALMER; DID NOT AND—

12

1  Wilfully; Purposely; Refused To Do. And The
2  Honorable Judge Shultz #502 At The Time. He Re-
3  fused To Intervene / Correct. Deliberately Different
4  This Constitute's A Violation of Me; Paul J. Taylor's
5  14th Amendment (Due Process Clause) To The
6  United States Constitution To The United States
7  Constitution of America. (A Right To Fundamental
8  Al Fairness.) I Believe In My Heart They Fix
9  Cases. Mrs; Kelley Cristal; Refused To Object And
10  Or Call, Mrs. Balmer; To The Table, At The March
11  13th 2006; Fitness For Trial Hearing. She, Was
12  Taking Notes, When Mrs Balmer; Was Questioning
13  Dr; Kelley. I Request Mrs; Cristal To Call, Beett,
14  And/or Object Say Something However; She Only Put
15  Up Her, Finger; Making A Wait A Minute Juster.
16  The Next Thing You Know I'm Gone To The
17  Mental Hospital. I Have The Oldest Case On The
18  Dockett. 05-CR23495; Judge Shultz; Retired;
19  On Approximately June 1st, 2007; Sometimes,
20  I Never Could Object / Nor Refuse To Agree To
21  Another Continue Because Mrs; Balmer Never
22  Call Me Out In January; 2007; And May 8th 2008;
23  She Knew That I've Had Enough. I Was Going To
24  Request A Motion For An Appointment of Counsel.
25  She Went Out And Without My Permission And
26  Got, A Continue, While I Was In The Bullpin,
27  By (No Agreement.) On About May 22 2008; Judge
28  Granter; Denied My Verbale Motion For Appointment-

13

1. OF COUNSEL AFTER I WAS FED UP. REMEMBER, HE
2. REQUEST A DYSCH-EVAL. EVEN THOUGH THE TWO
3. HAVE GONE. HE ALSO DENIED ME ANY CHANCE TO REPRE-
4. SENT MYSELF. I WAS REPRESENTING MYSELF BECAUSE
5. PUBLIC DEFENDERS, HAVE REFUSED TO REPRESENT ME, TO
6. HALF OF THEIR ABILITY. SO ... I MAKE SURE THAT
7. I GOT THE DISCOVERY JUST IN CASE A PUBLIC DE-
8. FENDER, WAS NOT GOING TO GIVE ANY OR LET ME
9. READ THE POLICE REPORT. I ONLY REPRESENTED MY
10. SELF FOR A MONTH THATS ALL. FROM NOVEMBER 11, 2005
11. TIL DECEMBER 19th         DR. KELLEY, & DR. COLEMAN,
12. (FOUND ME FIT) BEFORE THE DECEMBER 19th 2005,
13. THE SAME INTERVIEW WHY DIFFERANT RESULTS?
14. REMEMBER, HER FIRST REQUEST CAME IN JANUARY,
15. OF 2006. IN MARCH 13, 2006 I WAS SENTENCE TO THE
16. HOSPITAL. THIS WAS MY SECOND EVALUATION, THE FIRST
17. BY MRS. DALMER, THE FIRST BY THE COURT ORDER CAME
18. BECAUSE I SAID I WAS TAKING PSYCHOTROPIC MEDICATION
19. FOR BY-POLAR. ONE THING GOOD CAME OUT OF THIS.
20. MR. SIMBERG, AFTER SEVEN MONTHS OF FRIVOLOUS
21. CONTINUES, HE DID SEND A INVESTIGATOR, TO INTER-
22. VIEW THE VICTIAM / WITNESS(ES). AS I TOLD YOU, THE
23. (VICTIM CHEELY BRONSON) DID NOT SEE ME. SHE, IS
24. CONCIDER VICTIM # 2 I WILL ENCLOSURE. MRS. PATTSON
25. SAID SHE BELIEVE SO... SHE'S PRETTY CONFINDENCE. SHE
26. IS CONCIDER VICTIM N. # 1 HOW MS. BRONSON, IS
27. ON THE FIRST FLOOR? MRS. PATTEN, IS ON THE SECOND
28. FLOOR. THEY SAID ON THE POLICE REPORT, THAT, THE

1A

1— SUSPECT BUGGLARIZE) VICTIM No.#2 MS. BRONSON;
2 THAN WENT UP STAIRS; TO THE VICTIM No.1 MRS;
3 PATTEN; AN) STOLE HER, PURSE, AN) FLEE THE SEEN.
4 No PURSE, WAS COVERE). MS. BRONSON; HAN) (A LABTOP)
5 STOLEN, SHE CLAIM. AN) (15 ) .V. ) 's) TWO CELLPHONES
6 THAN THE SUSPECT WENT UP STAIRS, AN) TOOK MRS. PATON
7 (15 D.V.) 's AN) PURSE). HOW IF MS. BRONSON; IS Not
8 SEE THE SUSPECT. WHY WOUL) A BUGGAR, TAKE (15 D.V.) 's
9 (A LABTOP) TWO CELLPHONES, THAN GO UP STAIRS
10 AN) TAKE A BLACK PURSE ??? (ESP) IF MS. BRONSON,
11 VICTIM No.2 SAW THE PERPATRATOR ???
12
13) THE TRANSCRIPT(S); STATES THE A))RESS, IS 7331 So.
14 CLARAMONT THATS NOT THE A))RESS OF THE
15 VICTIM(S). IT 7331 So CAMPBELL. THEY BEAT ME AT
16 2038 CLARAMONT. BSTH CHICAGO, Ill 60629.
17 THIS IS FALSE & MISREPRESENTATION OF THE TRUTH.
18
19) MS. BRONSON; ON THE BACK GROUN); OF THE AUDIO 911
20 TAPES; STATES "THEY" REPEATED(Y ON THE TAPES, IF
21 THOUGH SHE DOESNT KNOW WHAT HAPPEN !!!
22
23 3) MRS. PATSON; MIS)ISCRIBE) THE SUSPECT FROM HEA),
24 TO TOE, AN) THE POLICE OFFICER, PAUL LORENZ, THERE IS
25 No CLOTHING IN PERSON PROPERTY, AT All !!! ???
26
27 4) THE POLICE REPORT STATES, I'M AT 1209 W. MADISON ST;
28 CHICAGO, Ill 60602-OR 60609. I NEVER GAVE THE —

15

1 Chicago Police Paul Lorenz; Anything. I never
2 said anything to him, them. I remain silent,
3 through out the interview. I never gave any
4 III Information about me and/or my pass, nor
5 this case. I represent myself and won, on a different
6 case for the same reasons. I won on a motion.
7 The officer Bell, Johnson, arrested me on June 2/8 -
8 2005; I was given a different name Roscoe -
9 Jamerson. Day of Birth (D.O.B) March 22, 1975;
10 address 2501 W. Lithuania. Chicago, Il 60609.
11 I remain silent on that case as well. On July
12 12th, 2005; I was falsly arrested; misrepresented
13 By Chicago, Ill. Policeman; Havelk. False charges,
14 Reckless conduct. Both cases was dismissed By
15 My oral request. Officer; Havelk; Spated that
16 I live at 1209 west Madision st; Chicago, Ill
17 After looking at my Driver Licence, stating
18 1209 W. Madison Phoenix, Arizona 85007;
19 So... This is where officer; Lorenz; got his
20 Information. I tried to tell this to my new
21 Public Defender, Mrs; Crystal Carbellos. However, she,
22 Seems not to understand. I showed her, Tuesday,
23 or Thursday August 05 2008; My lawsuit, Paul D. Taylor,
24 Vs. Chicago Police Department, Bell, Johnson, Havelk,
25 et, al, Defendants. 07 CV. 5097; Dismissed for
26 Timeframes, which I'm not based on I was arrest-
27 ed June 21st, 2008; and July 12; I filed a lawsuit
28 May of 2006 Case No. # 06 CV. 3168   Taylor Vs.

11a

1 CHICAGO POLICE DEPARTMENT et, al; DEFENDANT(S).
2 I NEVER RECEIVED ANY NOTICE AND/OR COPY STATING I FILED.
3 5 ON SEPTEMBER 25, 2005; I WAS FALSELY ARRESTED
4 BY CHICAGO POLICE MANS; BEATEN & DEPRIVED MEDICAL
5 TREATMENT, UNTIL I REFUSED COURT, IF I DIDNT
6 HAVE A DOCTOR SEE ME. MY FOOT WAS FRACTURE,
7 FROM THE SLAMMED, IN THE SQUAD CAR DOOR!!!
8 I WAS DRAGGED; WHILE MY HANDS WAS BEHIND MY
9 BACK. SCRAPS & BRUCES, WAS ALL SO MY PAIN & SUFFER
10 ING. MY SKIN, WAS PILLED BACK; TO MY FLUSH!!!
11 WHEN AT 69th ST. LOUSIS; CHICAGO, Ill 60629; THEY
12 HOLD TIED ME FOR HOURS; I DEFICATED ALL OVER
13 MY SELF. THEY TOOK ME TO THE BASEMENT AND
14 SPRAYED ME WITH WATER; AND SPRAY WATER UP
15 MY BUTT OX. WHEN I WAS TRANSPORTED I WAS
16 AT 51st, AREA #1 THEY TO REFUSED ME MEDICAL
17 TREATMENT. SGT DUFF, SAID "NO"! LIEUTENANT STEVEN
18 SON, SAID "NO"! I WAS YELLED AT BY THEM AND
19 OFFICER DUMAS, SOME DUSHED ME, UNTIL I ALMOST
20 FAIL. I STATED LOOK AT THE CAMERA. HE STOPPED. THEY
21 MOVED ME, TO THE OTHER SIDE TO ANOTHER CELL;
22 WHERE THE CAMERA, WAS NOT THERE; THE PHOTOGRAPHER
23 OFFICER; MURZSKI; TOOK PHOTO'S OF MY BROKE FOOT
24 AND MY SCRAPED; HANDS!!! REMEMBER; THESE PHOTO'S
25 (DOES NOT EXIST) ON 05-CR23495; I KNEW THEY DO.
26 THEIR HAVE NEVER BEEN A MOTION TO SHOW CAUSE!!!
27 IF THEY DID NOT EXIST WHY IS THEIR A BLACK &
28 WHITE PICTURE OF ME LOOKING SCARED, WITH NO SHIRT—

17

1 - ON. AND THE DATE SEPTEMBER 25, 2005:
2 STATING CLICK ON. THIS MEAN YOU, CAN BRING
3 THE PICTURES; BACK ANY TIME, DO TO THE PHOTO CAMERA
4 CHIP.!!! REMEMBER, MRS. SIMBERG; STATED THEY DID-
5 NOT EXIST. AND MRS. CARBELLOS; WILL NOT LET ME SEE
6 THE PICTURES. THE OFFICER; OF PROFESSIONAL STAN-
7 ARD (O.P.S.) MR. STEVE LUCUS; CAME ONE HOUR
8 LATER AT 51 ST; . THEY WAS MISTREATING WORST,
9 WHEN ME; (MULRISKI?) THEY DIDNT KNOW I THREE
10 WAY THE LINE AND CALLED 911 9/25/05: AT APPROXI-
11 MATELY 5:45 PM AT ABOUT 6:45 PM PHOTOGRAPHER;
12 CAME. HE LEFT AND ME; LUCUS; FROM THE ATTERNAL-
13 AFFAIRS CAME. THEY STOPPED MISTREATING ME THEN.
14 DOING THE INTERVIEW; MR; LUCUS COUGHED !!! BECA-
15 USE OF THE CHEMICAL AGENTS / PEPER SPRAY. I
16 TOLD HIM; OFFICER LORENZ; ROLLED DOWN THE WINDOW
17 FOR ME TO (COOL OFF) INSTEAD OF TAKING ME TO THE
18 HOSPITAL. HE KNEW I WAS IN PAIN, BECAUSE WHEN I
19 WAS HAND CUFFED; GETTING IN THE SQUAD CAR; HE YELLED
20 "HARRY UP" I STATED; I'm TO BIG; TO BE MOVING FAST
21 IN THIS SMALL SPACE; SLIM!!! AND IT BROKE !!!
22 WHEN WE WAS IN THE BASEMENT. I HAD MY HANDS;
23 BEHIND MY BACK, WHILE THEY SPRAYED WATER; UP
24 MY BUTT OX. AND (TO COOL ME OFF)!!! SGT; DUFF &
25 LT. STEVENSEN; STATED ON THE POLICE CRIME SENE-
26 REPORT THEY GAVE ME MEDICAL TREATMENT. I
27 (DID NOT) GET IT FROM THEM ONLY ON MY OWN.
28 I RECEIVED TREATMENT SEPTEMBER; 26, 2005:

18

1 I WILL ENCLOSURE MEDICAL / MENTAL HEALTH-
2 RECORDS. WHEN I DID CALL, ALL THE OPERATOR;
3 CALLED RECORDED MY AND HER CONVERSATION.
4 AND WHEN MRS, BARBERA (SE)? MRS (S) ORDER-
5 ED THE INVESTAGATION FOR MR, LUCUS AND
6 SHE SAID SHE WILL SEND THE PHOTOGRAPHER TO TAKE
7 THE PICTURES, SHE So, WHY WOULD SHE DESTROY
8 THEM ??? CAN SOME ONE AT LESS TAKE THE CASE
9 THAT I'm APPEALING THAT IS NO OUT OF TIME FRAME.
10 TAYLOR V. CHICAGO POLICE DEPARTMENT, ET, AL,
11 DEFENDANTS. 07 - CV, 5097 DEFENDANT HAVELX,
12 ADMITTED / ADMISSION AND THE DOROTHY BROWN
13 SIGNATURE OF ROSSOE JAMERSON THEY GAVE ME!!!
14 ITS EXHIBIT (A) SLAM DUNK CASE!!!
15 I WON IN OCTOBER 07 2005: FILED THE NEW
16 CASE IN SEPTEMBER, BEFORE THE TWO YEAR STAT-
17 UE OF LIMITATION PURSUANT TO 735 ILCS /5 -
18 202 OR 735 ILCS /3 - 202, 2 YEARS. So, HOW
19 AM I OUT OF TIME FRAMES??? I WANT A VISIT
20 SOON PLEASE!!! I HAVE SO MANY DOCUMENTS,
21 TO SUPPORT MY CLAIM. I ALMOST FORGOT!? THE
22 (O.D.S.) FILE MAY BE OPEN TO THE PUBLIC CR —
23 # 308694: IF NOT, I WANT ALL MY CASES
24 OPEN TO THE PUBLIC FOR PUBLIC INTEREST (ESD)
25 MY COOK COUNTY DEPARTMENT OF CORRECTION
26 MISTREATMENT / MEGRADING ME / TREATING
27 (ME WORST THAN A SLAVE !!!!!) NO MEDICAL /
28 NO MENTAL HEALTH TREATMENT CARE !!!!!!

1 ONE THING I WISH TO KNOW IS THAT, IF NO ONE
2 IS ON MY PRELIMINARY DOCKETT OCTOBER 3rd,
3 21, 28, UNTIL I WAS INDICTED, IS IT VALID?
4 NO PUBLIC DEFENDER SPOKE, AT MY PRELIMINARY —
5 HEARING BEFORE I WAS INDICTED. NO ONE AD-
6 VISED ME, AND/OR STOOD BESIDE ME WHEN MY
7 NAME WAS CALLED??? THEIR IS NO NAME ON MY
8 DOCKETT. ONLY THE STATES ATTORNEY'S NAME.
9
10 I WANT TO STRESS, THAT I HAVE NEVER
11 EVER HAD A ATTORNEY AT LAW, FROM A PRIVATE
12 LAW FIRM!!! ALL MY CRIMINAL CONVICTION I
13 WOULD HAVE WON IF I KNEW WHAT I KNOW
14 NOW. I KNOW WHAT IS (DUE PROCESS) HOWEVER,
15 WHEN YOU HAVE A PUBLIC DEFENDER, AND POOR!!!
16 IT DOESN'T EXIST!!! (ESP) WHEN YOU'RE (PRO-SE)
17 I NEVER WANTED TO REPRESENT MYSELF. BUT NO
18 ONE WOULD TAKE INTEREST IN A YOUNG MAN, WITH
19 EVIDENCE, MERITS, WITNESS(ES); WHICH IS A LAWYERS,
20 DREAM! HOWEVER, THEY ALWAYS TURN ME DOWN,
21 WITH NO CIRCULATION OF MY CASE. SOMETIMES
22 NO LETTER BACK!!! MY CASES IS BETTER THAN SOME
23 ON THE NEWS! FOR INSTEATS. PAUL D. TAYLOR V.
24 TERRY L. STEWART; et, al., DEFENDANT(S) CV-PHX-MHM-(MB)
25 CASE NO.# CV-0826; CORRECTIONAL OFFICERS CAME IN
26 MY ROOM SPRAYED ME WHILE HANDCUFFED BEHIND MY BACK
27 LEGIRONS ON. LAYING FACE DOWN, BEAT, STUMPED ME. UNTIL
28 MY TEETH CAME OUT!!!. ONE JUDGE SAID YES, ANY ONE
20

1  SAID NO!!! ON MAY 19, 2001: EVENT IN QUESTON.
2  THE JUNIOR RULE. THIS STATINE MARCH ? 2002.
3  ALL DATES AND YEARS, WAS WRONG. I'M NOT OUT
4  OF TIMEFRAMES. BECAUSE I WAS HOSPITALIZED MORE
5  THAN ONCE. I KNOW YOU DONOT PRACTICE THEIR. BUT
6  THOROUGH YOUR INTERNET SERVICE I'M WILLING TO
7  BET YOU CAN REFERRAL A LAWYER; TO ME AND/OR
8  HELP; TO ME. IS THEIR A INTERNATIONAL LAWYER
9  YOU KNOW. PLEASE WILL SOMEONE TAKE A DAM
10  INTEREST IN ME. I ALWAYS TAKE THEIR
11  REJECTION PERSONALLY. I FEEL LIKE GARBAGE!!!
12  WHY CAN'T I RETAIN A LAWYER WITH MY
13  OUTSTANDING CASES. I'M NOT LIKE SOME
14  PEOPLE WHOM BELIEVE THEY GOT A CASE. I KNOW
15  I DO!!! SOME TIME THE HONORABLE COURTS TELL ME!
16  IF YOU THINK THATS SOMETHING WAIT UNTIL
17  YOU HEAR WHAT I GOING THROUGH HERE !!!
18  I WAS INJECTED WITH PSYCHOTROPIC MEDICATION FOR
19  NO REASON. I REFUSED THIS BECAUSE THEY MOVED
20  ME AND OTHER WHOM FILED A GRIEVANCE. I SIGNED A
21  REFUSED MEDICAL/MENTAL HEALTH TREATMENT FORM.
22  AT THAT TIME. NOVEMBER 1ST, 2007. I WAS ORDER
23  TO GO TO THE QUITE ROOM. I WAS'NT COMBATIVE AT
24  ALL. I ONLY SAID TO OFFICER TURNER; THATS SOME
25  RICH SHIT, NOT LET ME GET ANY DEODERANT, WHEN
26  I CAME OUT THE SHOWER. THE TWO OFFICERS REYNUN;
27  AND TURNER; PUT ME IN THAT ROOM, THEY NURSE BENSON;
28  GAVE ME TWO SHOTS. ONE WAS FOR A MONTH ???
21

1. I'm NOT COURT ORDERED TO TAKE SHOTS. HOWEVER;
2. THEY TRIED TO KEEP ME IN DIVISION (10-X) UNDER
3. SUPERINTENDENT ANDREW, CARE. WHEN WE ARRIVED
4. WE HAD NO TREATMENT TEAM / EVALUATIONS. AND
5. OR APPOINTMENTS / SCHEDULENG FOR MEDICATIONS OR
6. ANYTHING. WHEN THE OFFICER(S) GOES TO LUNCH, WE'RE
7. STUCK; IN WITH A PSYCH-PATIENT FOR ONE UNSUPERVISE
8. D HOUR. NO ONE WATCHES OVER US. HOW IS THIS BETTER
9. THAN WHERE WE WAS? THEY HAVE PLACED ME IN MAX
10. WITH A RESIDENTIAL BURGLARY; Sept. 05, Oct. 07, Feb.
11. 2006, AND Now. All HAVE BEEN UNDER SUPERINTENDENT
12. ANDREW CARE. SEE GRIEVANCE 2008-0138
13. I'm RECEIVED MENTAL HEALTH BECAUSE OF
14. THIS. SEE GRIEVANCE 2008-1318) 2008-1100
15. GRIEVANCE 2008-0608; AND SOME THAT OFFICER
16. ~~HAVE BEEN~~ THREW AWAY. C/O LOPEZ I WILL ENCL-
17. OSURE; I HAVE BEEN BEATEN, I WILL ENCLOSURE.
18. AND TROWN INTHE LEVEL SYSTEM (NO LAW LIBRARY)
19. UNLESS YOU HAVE A COURT ORDER. NO TALKING
20. TO YOUR LAWYER, UNLESS TWO OFFICERS; ARE WITH
21. YOU! I COULD NOT LISTEN TO THE 911 AUDIO TAPES,
22. BECAUSE THEY RUSH ME. NOW I CANNOT GRIEVAN-
23. CE ANY ONE. HARASSMENT, DISCRIMINATION, CONDIT-
24. ION OF CONFINMENT, PHYSICAL ABUSE, PHYSICAL ASSA-
25. ULT, DEPRIVATION OF DUE PROCESS / BREECH OF SECURITY,
26. USE OF FORCE; BONDAGE / SLAVERY; ABUSE OF -
27. AUTHORITY; MISTREATMENT, ACCESS TO THE COURTS,
28. INTIMIDATION & THREATS, DISTROYED LEGAL MAIL
DROPERTY.

22