# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 134 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Paul Darnell Taylor (#2006-0080893) vs. Dr. Contour | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Plaintiff Darnell Taylor's ("Taylor") motion for appointment of counsel. However, the instant action was terminated on April 25, 2008. Therefore, Taylor's motion [15] is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|